**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>    Defendants. | Case No.: 1:25-cv-10385-LTS<br><br>CLASS ACTION |
| PATRICK COLLINS, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>    Defendants. | Case No.: 1:25-cv-10778-LTS<br><br>CLASS ACTION |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF ANDREW MAC DONALD'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Andrew Mac Donald ("Movant") and proposed Lead Counsel for the Class.

2.  I submit this Declaration, together with the attached exhibits, in support of Movant's motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his purchases of TransMedics Group, Inc. ("TransMedics" or the "Company") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in TransMedics securities;

**Exhibit C**:    Press Release published February 14, 2025, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Jewik v. TransMedics Group, Inc., et al.,* Case No. 1:25-cv-10385-LTS;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.


I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: April 15, 2025                                 */s/ Shannon L. Hopkins*
                                                                    Shannon L. Hopkins

2

3

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 15, 2025.

Dated: April 15, 2025

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins