# EXHIBIT B

| Client Name | Andrew Mac Donald |
| --- | --- |
| Company Name | TransMedics Group, Inc. |
| Ticker Symbol | TMDX |
| Security Type | |
| Class Period Start | 02-28-2023 |
| Class Period End | 01-10-2025 |
| 90-DAY Lookback Period Start | 01-11-2025 |
| 90-DAY Lookback Period End | 04-10-2025 |
| 90-DAY Lookback Average | $ 68.78 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $45,369.70 |
| DURA LIFO* Total | $45,369.70 |
| Gross Shares Purchased | 445 |
| Net Shares Retained | 445 |
| Net Funds Expended | $75,821.05 |

### Andrew Mac Donald

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-28-2024 | 315 | 175.19 | $ 55,184.85 | 04-01-2025 | | 315 | $ 68.43 | | $ 21,555.45 | 315 | - | $ 68.78 | | $ 33,629.40 | $ 33,629.40 |
| 09-30-2024 | 130 | 158.74 | $ 20,636.20 | 04-01-2025 | | 130 | $ 68.43 | | $ 8,895.90 | 130 | - | $ 68.78 | | $ 11,740.30 | $ 11,740.30 |
| Total: | 445 | | $75,821.05 | | | 445 | | | $30,451.35 | 445 | | | | $45,369.70 | $45,369.70 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.