UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf all others similarly situated, | |
| Plaintiff, | Case No. 1:25-cv-10385-LTS |
| v. | CLASS ACTION |
| TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, | |
| Defendants. | |

| | |
|---|---|
| PATRICK COLLINS, on Behalf of Himself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:25-cv-10778-LTS |
| v. | CLASS ACTION |
| TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, | |
| Defendants. | |

MOTION OF ANTONIO ECHEVERRÍA GUTIÉRREZ FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APRROVAL OF LEAD COUNSEL

Proposed Lead Plaintiff Antonio Echeverría Gutiérrez hereby moves this Court for an order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), consolidating the above-captioned related securities cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, appointing Mr. Gutiérrez as Lead Plaintiff, and approving his selection of Block & Leviton LLP as Lead Counsel.[1] In support of this Motion, Mr. Gutiérrez respectfully submits the accompanying Memorandum of Law, Declaration of Jeffrey C. Block, and a [Proposed] Order.

DATED:  April 15, 2025                      Respectfully submitted,

/s/ Jeffrey C. Block
Jeffrey C. Block
Jacob A. Walker
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com
jake@blockleviton.com

*[Proposed] Lead Counsel for Plaintiff*

---

[1] Local Rule 7.1(a)(2) requires counsel to certify that they have conferred and attempted in good faith to resolve or narrow the issue presented by the Motion. Because of the PSLRA's lead plaintiff procedure, however, Mr. Gutiérrez's counsel does not know which other class members, if any, will seek appointment as lead plaintiff until after motions are filed. Consequently, counsel respectfully requests that compliance with Local Rule 7.1(a)(2)'s pre-motion conferral requirement be waived in this narrow instance. If any other class members file a motion, counsel will endeavor to ascertain whether this Motion is opposed.

## CERTIFICATE OF SERVICE

I, Jeffrey C. Block, hereby certify that on April 15, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Jeffrey C. Block
Jeffrey C. Block