UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>        Defendants. | Case No. 1:25-cv-10385-LTS<br><br>CLASS ACTION |
| PATRICK COLLINS, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>        Defendants. | Case No. 1:25-cv-10778-LTS<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING MOTION OF ANTONIO ECHEVERRÍA GUTIÉRREZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APRROVAL OF LEAD COUNSEL

Having considered Antonio Echeverría Gutiérrez's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Jewik v. TransMedics Group, Inc., et al.*, No. 1:25-cv-10385-LTS and *Collins v. TransMedics Group, Inc., et al.*, No. 1:25-cv-10778-LTS are consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re TRANSMEDICS GROUP, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 1:25-cv-10385-LTS<br><br>CLASS ACTION |

    a. The file in Case No. 1:25-cv-10385-LTS shall be the master file for every action in the consolidated action. The docket in the other action shall be administratively closed. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

    b. All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative

class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

3. Antonio Echeverría Gutiérrez is appointed as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4. Lead Plaintiff's selection of Block & Leviton LLP as Lead Counsel for the class is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    a. the preparation and filing of all pleadings;

    b. the briefing and argument of all motions;

    c. the conduct of all discovery proceedings including the examination of any and all witnesses in depositions;

    d. settlement negotiations with counsel for defendants;

    e. the pretrial proceedings, preparation for trial, and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    f. the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

    IT IS SO ORDERED.

DATED: _____          _____

                                        THE HONORABLE LEO T. SOROKIN
                                        UNITED STATES DISTRICT JUDGE