UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>    Defendants. | Case No. 1:25-cv-10385-LTS<br><br>CLASS ACTION |
| PATRICK COLLINS, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>    Defendants. | Case No. 1:25-cv-10778-LTS<br><br>CLASS ACTION |

DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MOTION OF ANTONIO ECHEVERRÍA GUTIÉRREZ FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APRROVAL OF LEAD COUNSEL

I, Jeffrey C. Block, declare as follows:

1. I am a partner at the law firm of Block & Leviton LLP ("Block & Leviton"), counsel for the proposed lead plaintiff Antonio Echeverría Gutiérrez ("Mr. Gutiérrez") in the above-captioned actions. I submit this declaration in support of the Mr. Gutiérrez's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Block & Leviton as Lead Counsel for the Class.

2. Attached are true and correct copies of the following exhibits:

**Exhibit A:** Notice of pendency of class action in connection with the filing of the *Jewik* case published by the Rosen Law Firm, PA, through Business Wire on February 14, 2025;

**Exhibit B:** Notice of pendency of class action in connection with the filing of the *Collins* case published by Scott+Scott Attorneys at Law LLP, through Business Wire on April 2, 2025;

**Exhibit C:** Certification of Mr. Gutiérrez;

**Exhibit D:** Mr. Gutiérrez's loss estimate, prepared by counsel;

**Exhibit E:** Declaration of Mr. Gutiérrez; and

**Exhibit F:** Block & Leviton firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025 in Boston, Massachusetts.

/s/ Jeffrey C. Block
Jeffrey C. Block

## CERTIFICATE OF SERVICE

I, Jeffrey C. Block, hereby certify that on April 15, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Jeffrey C. Block
Jeffrey C. Block