# Exhibit B

Scott+Scott Attorneys at Law Files Securities Class



Newsroom    Services    Contact Us    English ⌄    Sign In    Register    🔍

## Company Profile



Scott+Scott Attorneys at Law LLP

Industry:
Specialized Consumer Services

Website:
https://scott-scott.com

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against TransMedics Group, Inc. (NASDAQ: TMDX)

April 02, 2025   │ Source: Scott+Scott Attorneys at Law LLP

14:08 ET

Follow

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**











NEW YORK, April 02, 2025 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the District of Massachusetts against TransMedics Group, Inc. ("TransMedics Group" or the "Company") (NASDAQ: TMDX), and certain of its former and current officers and/or directors (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who purchased or otherwise acquired publicly traded TransMedics securities between February 28, 2023, and January 10, 2025, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Collins v. TransMedics Group, Inc., et al.,* Case No. 1:25-cv-10778 (D. Mass.).

**LEAD PLAINTIFF DEADLINE ON APRIL 15, 2025**

TransMedics Group operates an organ transplant ecosystem under which it offers patented technology to preserve and mobilize organs, services that support transplant centers and medical teams, and a logistics arm that facilitates the entire chain.

 GlobeNewswire by notified     Newsroom     Services     Contact Us          Sign In     Register

failed to disclose TransMedics used and relied upon illegal, anticompetitive, and coercive business practices, such as kickbacks, billing fraud, and overcharging patients, which caused customers to stop using TransMedics' services, made it difficult for TransMedics to gain new customers, and heightened the risk of regulatory scrutiny or action.

The truth about TransMedics' illegal, coercive, and unsustainable business practices throughout 2024 and into 2025. For example, on October 28, 2024, after market hours, TransMedics issued a press release on Form 8-K filed with the SEC, announcing its financial results for third quarter 2024. During the associated earnings call the same day, the Company announced it had suffered a sequential decline in revenues and gross margin, representing the Company's first sequential revenue decline since third quarter 2021. On this news, the price of TransMedics stock fell $37.74 per share, or nearly 30%, from $126.24 on October 28, 2024, to close at $88.50 on October 29, 2024.

Finally, on January 10, 2025, Scorpion Capital, a short seller, issued a 300+ slide report (the "Report") containing findings based upon its "6-month investigation with over 30 interviews" of ex-employees and leading transplant centers. The Report accused TransMedics of, among other things, overbilling hospitals that used its services and verified the substance of Rep. Gosar's claims. On this news, the price of TransMedics stock fell $3.74 per share, or 5.15%, to close at $68.81 on January 10, 2025. On January 13, 2025, TransMedics stock fell a further $4.76 per share, or 6.9%, to close at $64.05.

### LEAD PLAINTIFF DEADLINE ON APRIL 15, 2025

If you purchased TransMedics securities during the Class Period and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the District of Massachusetts no later than April 15, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

If you wish to apply to be lead plaintiff, **please contact attorney Nicholas Bruno at (888) 398-9312 or at** [nbruno@scott-scott.com](mailto:nbruno@scott-scott.com).



Newsroom          Services          Contact Us                    Sign In          *Register*

appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

### About Scott+Scott

Scott+Scott is an international law firm known for its expertise in representing corporate clients, institutional investors, businesses, and individuals harmed by anticompetitive conduct or other forms of wrongdoing, including securities law and shareholder violations. With more than 100 attorneys in eight offices in the United States, as well as three offices in Europe, our advocacy has resulted in significant monetary settlements on behalf of our clients, along with other forms of relief. Our highly experienced attorneys have been recognized for being among the top financial lawyers in 2024 by Lawdragon, WWL: Commercial Litigation 2024, and Legal 500 in Antitrust Civil Litigation, and have received top Chambers 2024 rankings. In addition, we have been repeatedly recognized by the American Antitrust Institute for the successful litigation of high-stakes anticompetitive claims in the United States.

To learn more about Scott+Scott, our attorneys, or complex case resolution, please visit www.scott-scott.com.

This may be considered Attorney Advertising.

CONTACT:

Nicholas S. Bruno

Scott+Scott Attorneys at Law LLP

230 Park Avenue, 24th Floor, New York, NY 10169

(888) 398-9312

nbruno@scott-scott.com

---

**Tags**

Class Action

# Recommended Reading

---

I 08, 2025 11:58 ET │ Source: Scott+Scott Attorneys at Law LLP


GlobeNewswire
by notified

Newsroom    Services    Contact Us    Sign In    Register

NEW YORK, April 08, 2025 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action...

Read More

April 07, 2025 12:02 ET │ Source: Scott+Scott Attorneys at Law LLP

## Scott+Scott Attorneys at Law LLP Reminds Investors of Its Investigation Into Ibotta, Inc. (NYSE: IBTA)

NEW YORK, April 07, 2025 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), a shareholder and consumer rights litigation firm, is investigating whether Ibotta, Inc. ("Ibotta" or...

Read More

# Explore










April 10, 2025 14:40 ET

**TCS Toronto Waterfront Marathon Generates $50.3M i...**

April 10, 2025 14:06 ET

**Pace Center for Girls Marks 40 Years of Impact as ...**

April 10, 2025 14:05 ET

**ABB opens $40+ million manufacturing facility in N...**

April 1

**Dair Con**

● ○ ○ ○ ○

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

## Global News

English

Français

Deutsch

wswire Distribution Network & Management

ıe    Newsroom



Newsroom    Services    Contact Us    Sign In    Register

© 2025 Digital Media Innovations, LLC. All rights reserved.

