# Exhibit C

**Certification Pursuant to Federal Securities Laws**

1.  I, Antonio Echeverría Gutiérrez, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against TransMedics Group, Inc. ("TransMedics" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not transact in TransMedics Group, Inc. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4.  I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: TransMedics Group, Inc. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  Attached hereto as Schedule A is a list of all of my transactions in TransMedics Group, Inc. securities during the Class Period, as specified in the Complaint.

6.  During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7.  I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  02/19/2025

_Antonio Echeverria G_

Antonio Echeverría Gutiérrez

**Schedule A**

Antonio Echeverría Gutiérrez's Transactions in TransMedics Group, Inc. (TMDX):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 10/07/2024 | Buy | 719 | $139.00 |
| Common Stock | 10/18/2024 | Buy | 1,100 | $126.75 |
| Common Stock | 10/23/2024 | Buy | 1 | $119.22 |