# Exhibit D

# Transmedics Loss Estimate - Gutierrez

| Date | Transaction | Shares | | Price Per Share | | Expenditure |
|---|---|---|---|---|---|---|
| 10/7/24 | Buy | 719 | $ | 139.00 | $ | 99,941.00 |
| 10/18/24 | Buy | 1100 | $ | 126.75 | $ | 139,425.00 |
| 10/23/24 | Buy | 1 | $ | 119.22 | $ | 119.22 |
| **Total** | | 1820 | $ | 131.59 | $ | 239,485.22 |
| Lookback Value | | 1820 | $ | 68.78 | $ | 125,179.60 |
| **Estimated Loss** | | | | | **$** | **(114,305.62)** |