**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-10385-LTS<br><br>Hon. Leo T. Sorokin<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |
| PATRICK COLLINS, on Behalf Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-10778-LTS<br><br>Hon. Leo T. Sorokin<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION AND MOTION BY THE TRANSMEDICS INVESTORS**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that proposed Lead Plaintiff the Peace Officers' Annuity and Benefit Fund of Georgia and Oguzhan Altun (together, the "TransMedics Investors") hereby move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an Order: (1) consolidating the above-captioned, related actions pursuant to Rule 42 of the Federal Rules of Civil Procedure ("Rule 42"); (2) appointing the TransMedics Investors as Lead Plaintiff; (3) approving their selection of Saxena White P.A. ("Saxena White") and Scott+Scott Attorneys at Law LLP ("Scott+Scott") to serve as Lead Counsel for the Class; and (4) granting any such other and further relief as the Court may deem just and proper.  The TransMedics Investors' Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Joseph E. White, III filed herewith and the exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.  A [Proposed] Order is attached hereto.

WHEREFORE, the TransMedics Investors respectfully request that the Court: (1) consolidate the above-captioned actions pursuant to Rule 42; (2) appoint them as Lead Plaintiff for the Class pursuant to the PSLRA; (3) approve their selection of Saxena White and Scott+Scott to serve as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: April 15, 2025                                    Respectfully submitted,

                                                         **SAXENA WHITE P.A.**

                                                         By: */s/ Joseph E. White, III*
                                                         Joseph E. White, III (BBO# 648498)
                                                         7777 Glades Road, Suite 300
                                                         Boca Raton, FL 33434

1

Tel.: (561) 394-3399
Fax: (561) 394-3382
jwhite@saxenawhite.com

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (BBO# 568737)
156 S. Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 531-2645
Fax: (860) 537-4432
alawrence@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV (*pro hac vice* forthcoming)
Jonathan M. Zimmerman (*pro hac vice* forthcoming)
Nicholas S. Bruno (*pro hac vice* forthcoming)
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com
nbruno@scott-scott.com

*Counsel for the TransMedics Investors, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian J. Schall (*pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
Fax: (310) 388-0192
brian@schallfirm.com

2

*Additional Counsel for Oguzhan Altun*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2025.

*/s/ Joseph E. White, III*
Joseph E. White, III

4