**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>  v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>     Defendants. | Case No. 1:25-cv-10385-LTS<br><br>Hon. Leo T. Sorokin<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |
| PATRICK COLLINS, on Behalf Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br>  v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>     Defendants. | Case No. 1:25-cv-10778-LTS<br><br>Hon. Leo T. Sorokin<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS,**
**APPOINTING THE TRANSMEDICS INVESTORS AS LEAD PLAINTIFF,**
**<u>AND APPROVING SELECTION OF LEAD COUNSEL</u>**

Upon consideration of: (1) the Motion filed by the Peace Officers' Annuity and Benefit Fund of Georgia and Oguzhan Altun (together, the "TransMedics Investors") for consolidation of the above-captioned, related actions, appointment as Lead Plaintiff, and approval of selection of lead counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Joseph E. White, III and exhibits attached thereto; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.      The TransMedics Investors' Motion is **GRANTED**.

2.      In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned, related actions and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions, are **CONSOLIDATED** for all purposes.

3.      The Consolidated Action will be captioned "*In re TransMedics Group, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 1:25-cv-10385.

4.      The TransMedics Investors are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the consolidated action.

5.      The TransMedics Investors' selection of counsel is **APPROVED**, and Saxena White P.A. and Scott+Scott Attorneys at Law LLP are **APPOINTED** as Lead Counsel for the Class.

1

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
HON. LEO T. SOROKIN
UNITED STATES DISTRICT JUDGE