# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated, | Case No. 1:25-cv-10385-LTS |
| Plaintiff, | Hon. Leo T. Sorokin |
| v. | CLASS ACTION |
| TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |
| PATRICK COLLINS, on Behalf Himself and All Others Similarly Situated, | Case No. 1:25-cv-10778-LTS |
| Plaintiff, | Hon. Leo T. Sorokin |
| v. | CLASS ACTION |
| TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

**DECLARATION OF JOSEPH E. WHITE, III IN SUPPORT OF THE MOTION OF THE TRANSMEDICS INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Joseph E. White, III, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the Commonwealth of Massachusetts and this Court.  I am a shareholder with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff the Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers") and Oguzhan Altun ("Mr. Altun," and together with Georgia Peace Officers, the "TransMedics Investors") and proposed Lead Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Motion of the TransMedics Investors for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:      Georgia Peace Officers' and Mr. Altun's sworn certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:      A chart reflecting Georgia Peace Officers' and Mr. Altun's transactions and estimated losses;

EXHIBIT C:      Joint Declaration of the TransMedics Investors;

EXHIBIT D:      Notice of pendency of class action published on *BusinessWire* on February 14, 2025;

EXHIBIT E:      Firm resume of Saxena White P.A.; and

EXHIBIT F:      Firm resume of Scott+Scott Attorneys at Law LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 15th day of April 2025, at Boca Raton, Florida.

*/s/ Joseph E. White, III*
Joseph E. White, III

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2025.

*/s/ Joseph E. White, III*
Joseph E. White, III