EXHIBIT A

**CERTIFICATION AND AUTHORIZATION**

I, Homer Bryson, on behalf of the Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint filed against TransMedics Group, Inc. ("TransMedics") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director to Georgia Peace Officers to initiate litigation and to execute this Certification on behalf of Georgia Peace Officers. I have authorized the filing of a motion for lead plaintiff appointment in this action or any related actions on behalf of Georgia Peace Officers.

2.    Georgia Peace Officers did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.    Georgia Peace Officers is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.    Georgia Peace Officers' transactions in TransMedics securities during the Class Period are set forth in the attached Schedule A.

5.    Georgia Peace Officers has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *none*.

6.    Georgia Peace Officers has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

      *In re PayPal Holdings Inc. Sec. Litig.*, No. 3:22-cv-5864 (D.N.J.); and
      *In re Plug Power Inc. Sec. Litig.*, No. 1:23-cv-0409 (D. Del.).

7.    Georgia Peace Officers will not accept any payment for serving as a representative party on behalf of the Class beyond Georgia Peace Officers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April, 2025.

*Peace Officers' Annuity and Benefit Fund of Georgia*

_____
Homer Bryson, Executive Director

2

| SCHEDULE A |
| --- |
| **Peace Officers' Annuity and Benefit Fund of Georgia** |
| **Transactions in TransMedics Group, Inc.** |

| Common Stock Purchases | | |
| --- | --- | --- |
| **Date** | **Shares** | **Price** |
| 08/04/23 | 3,261 | $80.4390 |
| 11/07/23 | 2,174 | $64.0090 |
| 11/10/23 | 136 | $57.1953 |
| 11/30/23 | 1,163 | $74.6250 |
| 01/09/24 | 1,570 | $85.1256 |
| 01/30/24 | 16 | $87.5900 |
| 04/10/24 | 1,694 | $95.3528 |
| 08/08/24 | 916 | $158.8130 |
| 08/15/24 | 3,807 | $170.8437 |

| Common Stock Sales | | |
| --- | --- | --- |
| **Date** | **Shares** | **Price** |
| 03/05/24 | 485 | $86.4469 |
| 05/20/24 | 129 | $138.2286 |
| 05/22/24 | 968 | $136.9312 |
| 08/19/24 | 12 | $171.8600 |
| 09/16/24 | 8 | $153.0000 |
| 09/23/24 | 6 | $159.3500 |
| 10/29/24 | 2,302 | $87.8154 |
| 10/30/24 | 2,774 | $83.1098 |
| 11/12/24 | 1,013 | $91.2892 |
| 12/03/24 | 1,426 | $74.9776 |

3

## <u>CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS</u>

1.      I, Oguzhan Altun, make this declaration pursuant to §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed the complaints against TransMedics Group, Inc. ("TransMedics" or the "Company") (the "Complaints") and authorize the filing of a motion on my behalf for appointment as Lead Plaintiff.

3.      I did not purchase or acquire TransMedics securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired TransMedics securities during the Class Period, including providing testimony at deposition and trial, if necessary.  I understand the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in TransMedics securities during the Class Period, as specified in the Complaints.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaints, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, the foregoing is true and correct this 15 ___ day of April, 2025.

_Oguzhan Altun_
_____

Oguzhan Altun

2

# Schedule A

**TRANSMEDICS GROUP INC**　　　　　　**Ticker:**　**TMDX**　　**Cusip:**　　**89377M109**
Class Period: 02/28/2023 to 01/10/2025

**Oguzhan Altun**

|  | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 4/8/2024 | 450 | $86.82 |
| | 9/19/2024 | 1,000 | $163.77 |
| | 10/2/2024 | 500 | $147.09 |
| | 10/18/2024 | 200 | $131.10 |
| | 10/22/2024 | 200 | $122.61 |
| | 10/28/2024 | 600 | $133.00 |
| | 11/1/2024 | 500 | $84.00 |
| | 11/1/2024 | 500 | $83.00 |
| | 11/6/2024 | 500 | $86.60 |
| | 11/11/2024 | 300 | $91.00 |
| | 11/11/2024 | 100 | $89.40 |
| | 11/11/2024 | 500 | $91.00 |
| | 11/11/2024 | 500 | $90.00 |
| | 11/12/2024 | 100 | $94.50 |
| | 11/18/2024 | 200 | $80.00 |
| | 11/18/2024 | 1,600 | $79.56 |
| | 11/27/2024 | 800 | $86.50 |
| | 11/27/2024 | 100 | $85.40 |
| | 11/27/2024 | 400 | $83.55 |
| | 11/27/2024 | 600 | $83.55 |
| | 11/29/2024 | 500 | $87.14 |
| | 11/29/2024 | 500 | $89.06 |
| | 12/9/2024 | 100 | $68.12 |
| | 12/9/2024 | 200 | $71.00 |

|  | | | |
|---|---|---|---|
|  | 12/10/2024 | 500 | $67.08 |
|  | 12/12/2024 | 500 | $65.50 |
|  | 1/2/2025 | 800 | $68.80 |
|  | 1/7/2025 | 100 | $79.60 |
|  | 1/7/2025 | 100 | $81.42 |
|  | 1/10/2025 | 100 | $61.00 |
|  | 1/10/2025 | 100 | $65.50 |
| **Sales:** | 4/11/2024 | 450 | $93.89 |
|  | 10/30/2024 | 1,500 | $82.92 |
|  | 11/4/2024 | 200 | $84.50 |
|  | 11/6/2024 | 100 | $84.50 |
|  | 11/6/2024 | 300 | $84.50 |
|  | 11/8/2024 | 1,400 | $85.00 |
|  | 11/15/2024 | 200 | $81.59 |
|  | 11/15/2024 | 200 | $88.93 |
|  | 11/18/2024 | 1,600 | $77.58 |
|  | 11/25/2024 | 500 | $76.87 |
|  | 11/26/2024 | 500 | $81.09 |
|  | 11/26/2024 | 700 | $80.68 |
|  | 11/27/2024 | 1,000 | $83.31 |
|  | 12/2/2024 | 500 | $84.88 |
|  | 12/4/2024 | 300 | $72.00 |
|  | 12/5/2024 | 1,200 | $69.50 |
|  | 12/10/2024 | 300 | $71.00 |
|  | 12/30/2024 | 300 | $59.80 |
|  | 12/30/2024 | 500 | $59.00 |
|  | 1/6/2025 | 1,000 | $75.50 |