# EXHIBIT B

## TransMedics Group, Inc.
**Peace Officers' Annuity and Benefit Fund of Georgia**
Class Period: 02/28/23 to 01/10/25
Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 03/05/24 | 485 | $86.4469 | $41,926.75 |
| | | | | | Sale | 05/20/24 | 129 | $138.2286 | $17,831.49 |
| | | | | | Sale | 05/22/24 | 968 | $136.9312 | $132,549.40 |
| Purchase | 08/04/23 | 3,261 | $80.4390 | $262,311.58 | Sale | 08/19/24 | 12 | $171.8600 | $2,062.32 |
| Purchase | 11/07/23 | 2,174 | $64.0090 | $139,155.57 | Sale | 09/16/24 | 8 | $153.0000 | $1,224.00 |
| Purchase | 11/10/23 | 136 | $57.1953 | $7,778.56 | Sale | 09/23/24 | 6 | $159.3500 | $956.10 |
| Purchase | 11/30/23 | 1,163 | $74.6250 | $86,788.88 | Sale | 10/29/24 | 2,302 | $87.8154 | $202,151.05 |
| Purchase | 01/09/24 | 1,570 | $85.1256 | $133,647.19 | Sale | 10/30/24 | 2,774 | $83.1098 | $230,546.59 |
| Purchase | 01/30/24 | 16 | $87.5900 | $1,401.44 | Sale | 11/12/24 | 1,013 | $91.2892 | $92,475.96 |
| Purchase | 04/10/24 | 1,694 | $95.3528 | $161,527.64 | Sale | 12/03/24 | 1,426 | $74.9776 | $106,918.06 |
| Purchase | 08/08/24 | 916 | $158.8130 | $145,472.71 | | | | | |
| Purchase | 08/15/24 | 3,807 | $170.8437 | $650,401.97 | Retained | | 5,614 | $68.6585 | $385,448.64 |
| | | **14,737** | | **$1,588,485.53** | | | **14,737** | | **$1,214,090.35** |

**LIFO Gain/(Loss) for Peace Officers' Annuity and Benefit Fund of Georgia** ($374,395.18)

## TransMedics Group, Inc.
**Oguzhan Altun**
Class Period: 02/28/23 to 01/10/25
Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 04/08/24 | 450 | $86.8200 | $39,069.00 | | | | | |
| Purchase | 09/19/24 | 1,000 | $163.7700 | $163,770.00 | | | | | |
| Purchase | 10/02/24 | 500 | $147.0900 | $73,545.00 | | | | | |
| Purchase | 10/18/24 | 200 | $131.1000 | $26,220.00 | | | | | |
| Purchase | 10/22/24 | 200 | $122.6100 | $24,522.00 | | | | | |
| Purchase | 10/28/24 | 600 | $133.0000 | $79,800.00 | | | | | |
| Purchase | 11/01/24 | 500 | $84.0000 | $42,000.00 | | | | | |
| Purchase | 11/01/24 | 500 | $83.0000 | $41,500.00 | | | | | |
| Purchase | 11/06/24 | 500 | $86.6000 | $43,300.00 | Sale | 04/11/24 | 450 | $93.8900 | $42,250.50 |
| Purchase | 11/11/24 | 300 | $91.0000 | $27,300.00 | Sale | 10/30/24 | 1,500 | $82.9200 | $124,380.00 |
| Purchase | 11/11/24 | 100 | $89.4000 | $8,940.00 | Sale | 11/04/24 | 200 | $84.5000 | $16,900.00 |
| Purchase | 11/11/24 | 500 | $91.0000 | $45,500.00 | Sale | 11/06/24 | 100 | $84.5000 | $8,450.00 |
| Purchase | 11/11/24 | 500 | $90.0000 | $45,000.00 | Sale | 11/06/24 | 300 | $84.5000 | $25,350.00 |
| Purchase | 11/12/24 | 100 | $94.5000 | $9,450.00 | Sale | 11/08/24 | 1,400 | $85.0000 | $119,000.00 |
| Purchase | 11/18/24 | 200 | $80.0000 | $16,000.00 | Sale | 11/15/24 | 200 | $81.5900 | $16,318.00 |
| Purchase | 11/18/24 | 1,600 | $79.5600 | $127,296.00 | Sale | 11/15/24 | 200 | $88.9300 | $17,786.00 |
| Purchase | 11/27/24 | 800 | $86.5000 | $69,200.00 | Sale | 11/18/24 | 1,600 | $77.5800 | $124,128.00 |
| Purchase | 11/27/24 | 100 | $85.4000 | $8,540.00 | Sale | 11/25/24 | 500 | $76.8700 | $38,435.00 |
| Purchase | 11/27/24 | 400 | $83.5500 | $33,420.00 | Sale | 11/26/24 | 500 | $81.0900 | $40,545.00 |
| Purchase | 11/27/24 | 600 | $83.5500 | $50,130.00 | Sale | 11/26/24 | 700 | $80.6800 | $56,476.00 |
| Purchase | 11/29/24 | 500 | $87.1400 | $43,570.00 | Sale | 11/27/24 | 1,000 | $83.3100 | $83,310.00 |
| Purchase | 11/29/24 | 500 | $89.0600 | $44,530.00 | Sale | 12/02/24 | 500 | $84.8800 | $42,440.00 |
| Purchase | 12/09/24 | 100 | $68.1200 | $6,812.00 | Sale | 12/04/24 | 300 | $72.0000 | $21,600.00 |
| Purchase | 12/09/24 | 200 | $71.0000 | $14,200.00 | Sale | 12/05/24 | 1,200 | $69.5000 | $83,400.00 |
| Purchase | 12/10/24 | 500 | $67.0800 | $33,540.00 | Sale | 12/10/24 | 300 | $71.0000 | $21,300.00 |
| Purchase | 12/12/24 | 500 | $65.5000 | $32,750.00 | Sale | 12/30/24 | 300 | $59.8000 | $17,940.00 |
| Purchase | 01/02/25 | 800 | $68.8000 | $55,040.00 | Sale | 12/30/24 | 500 | $59.0000 | $29,500.00 |
| Purchase | 01/07/25 | 100 | $79.6000 | $7,960.00 | Sale | 01/06/25 | 1,000 | $75.5000 | $75,500.00 |
| Purchase | 01/07/25 | 100 | $81.4200 | $8,142.00 | Sale* | 01/21/25 | 400 | $61.1129 | $24,445.14 |
| Purchase | 01/10/25 | 100 | $61.0000 | $6,100.00 | | | | | |
| Purchase | 01/10/25 | 100 | $65.5000 | $6,550.00 | Retained | | 0 | $68.6585 | $0.00 |
| | | **13,150** | | **$1,233,696.00** | | | **13,150** | | **$1,029,453.64** |

**LIFO Gain/(Loss) for Oghuzan Altun** ($204,242.36)

*\* Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*

| TransMedics Investors | Total Shares Purchased | Net Shares Purchased | Net Funds Expended | LIFO Loss |
|---|---|---|---|---|
| Peace Officers' Annuity and Benefit Fund of Georgia | 14,737 | 5,614 | ($759,843.82) | ($374,395.18) |
| Oguzhan Altun | 13,150 | 400 | ($228,687.50) | ($204,242.36) |
| **Grand Total** | **27,887** | **6,014** | **($988,531.32)** | **($578,637.54)** |