UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>TRANSMEDICS GROUP, INC., et al.,<br><br>          Defendants. | No. 1:25-cv-10385-LTS<br><br>CLASS ACTION |
| PATRICK COLLINS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>TRANSMEDICS GROUP, INC., et al.,<br><br>          Defendants. | No. 1:25-cv-10778-LTS<br><br>CLASS ACTION |

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine hereby move this Court for an Order (attached hereto) consolidating the above-captioned related securities class actions, appointing the Caccavales and Dr. Levine as Lead Plaintiff, and approving their selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.  In support of this Motion, the Caccavales and Dr. Levine submit herewith a memorandum of law and the declaration of Patrick T. Egan.[1]

DATED:  April 15, 2025                         BERMAN TABACCO

                                                              /s/ Patrick T. Egan
                                                              PATRICK T. EGAN (BBO #637477)

                                                              One Liberty Square
                                                              Boston, MA  02109
                                                              Telephone:  (617) 542-8300
                                                              pegan@bermantabacco.com

                                                              Local Counsel

---

[1]   As for the request for consolidation, the Caccavales and Dr. Levine's counsel reached out to counsel for defendants who communicated that they take no position on that request at this time. Further, pursuant to the Private Securities Litigation Reform Act of 1995, a motion for appointment as lead plaintiff may be made by any class member who wishes to seek appointment as lead plaintiff, regardless of whether they have previously filed a complaint in this action, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action.  *See* 15 U.S.C. §78u-4(a)(3)(A)-(B).  It is impossible at this time for the Caccavales and Dr. Levine's counsel to determine who else may move for appointment as lead plaintiff.  Accordingly, counsel for the Caccavales and Dr. Levine request leave from the meet-and-confer requirement of Local Rule 7.1(a)(2) with respect to the filing of this Motion.

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  April 15, 2025

/s/ Patrick T. Egan
PATRICK T. EGAN (BBO #637477)
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
pegan@bermantabacco.com