UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MERLY JEWIK, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:25-cv-10385-LTS <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TRANSMEDICS GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| PATRICK COLLINS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:25-cv-10778-LTS <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| TRANSMEDICS GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED
ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL

Having considered Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine's

Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of

Lead Plaintiff's Selection of Lead Counsel and good cause appearing therefor, the Court ORDERS

as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Federal Rule of Civil Procedure 42, *Jewik v. TransMedics Group, Inc.*,

No. 1:25-cv-10385 (D. Mass) and *Collins v. TransMedics Group, Inc.*, No. 1:25-cv-10778 (D.

Mass.) are hereby consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re TRANSMEDICS GROUP, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 1:25-cv-10385-LTS<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | |

(a)      The file in Case No. 1:25-cv-10385-LTS shall constitute the master file for

every action in the consolidated action.  The Clerk shall administratively close the other cases.

When a document being filed pertains to all actions, the phrase "All Actions" shall appear

immediately after the phrase "This Document Relates To:"  When a pleading applies to some, but

not all, of the actions, the document shall list, immediately after the phrase "This Document Relates

To:", the docket number for each individual action to which the document applies, along with the

last name of the first-listed plaintiff in said action;

(b)      All securities class actions arising out of substantially similar facts and

claims on behalf of purchasers of TransMedics Group, Inc. securities subsequently filed in, or

transferred to, this District shall be consolidated into this action.  The parties shall notify the Court

- 1 -

of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.     Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine are appointed as Lead Plaintiff for the class; and

4.     Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class is approved. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     the briefing and argument of any and all motions;

(b)     the conduct of any and all discovery proceedings including depositions;

(c)     settlement negotiations;

(d)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)     the preparation and filing of all pleadings; and

(f)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

5.     Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

IT IS SO ORDERED.

DATED: _____     _____
                                THE HONORABLE LEO T. SOROKIN
                                UNITED STATES DISTRICT JUDGE

- 2 -