UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MERLY JEWIK, Individually and on Behalf of All Others Similarly Situated, | ) ) | No. 1:25-cv-10385-LTS |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TRANSMEDICS GROUP, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| PATRICK COLLINS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 1:25-cv-10778-LTS |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TRANSMEDICS GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

DECLARATION OF PATRICK T. EGAN IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, PATRICK T. EGAN, declare as follows:

1.      I am local counsel for lead plaintiff movants Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine.  I submit this declaration in support of the Caccavales and Dr. Levine's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published on *Business Wire* on February 14, 2025.

3.      Attached hereto as Exhibit B are the Certifications of the Caccavales and Dr. Levine stating that they are willing to serve as the representative parties on behalf of the class.

4.      Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting the Caccavales and Dr. Levine's estimated losses (prepared by counsel).

5.      Attached hereto as Exhibit D is a true and accurate copy of the Caccavales and Dr. Levine's Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2025.

*/s/ Patrick T. Egan*
PATRICK T. EGAN

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  April 15, 2025

/s/ Patrick T. Egan
PATRICK T. EGAN (BBO #637477)
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
pegan@bermantabacco.com