# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Joseph Caccavale ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9 day of April, 2025.

Signed by:

*Joseph Caccavale*

389B512037704C5...

_____

Joseph Caccavale

TRANSMEDICS

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Common Stock**

**Joseph and Mary Lou Caccavale Joint**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/09/2024 | 500 | $163.00 |
| 08/19/2024 | 500 | $172.70 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/05/2024 | 1,000 | $67.59 |

**Joseph Caccavale**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/19/2024 | 1,000 | $172.75 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/05/2024 | 1,000 | $66.31 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Mary Lou Caccavale ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 08 day of April, 2025.

Signed by:

Mary Lou Caccavale

389B512037704C5...

_____

Mary Lou Caccavale

TRANSMEDICS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

**Joseph and Mary Lou Caccavale Joint**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/09/2024 | 500 | $163.00 |
| 08/19/2024 | 500 | $172.70 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 12/05/2024 | 1,000 | $67.59 |

**Mary Lou Caccavale**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/19/2024 | 500 | $172.60 |

Prices listed are rounded up to two decimal places.

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Dr. Scott D. Levine ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __09__ day of April, 2025.

Signed by:

Scott D. Levine

E19DA093A6F1464...

_____

Dr. Scott D. Levine

TRANSMEDICS

SCHEDULE A

SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/03/2023 | 1,000 | $83.00 |
| 08/03/2023 | 500 | $73.00 |
| 08/03/2023 | 500 | $72.00 |
| 08/09/2023[OA] | 1,000 | $95.00 |
| 08/18/2023[OA] | 1,000 | $80.00 |
| 10/25/2023[OA] | 700 | $80.00 |
| 06/21/2024 | 1,000 | $138.00 |
| 07/02/2024 | 1,000 | $148.00 |
| 07/09/2024 | 1,000 | $149.00 |
| 07/09/2024 | 1,000 | $146.75 |
| 10/29/2024[OA] | 1,000 | $145.00 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/25/2024 | 1,000 | $145.50 |
| 12/30/2024 | 1,000 | $59.50 |
| 12/31/2024 | 1,000 | $62.05 |
| 12/31/2024 | 1,000 | $61.10 |
| 12/31/2024 | 1,000 | $62.20 |

*Opening position of 6,000 shares for common stock.

**Option**

| Date Acquired | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 10/30/2024[OA] | P145 11/15/24 | 10 | $0.00 |
| 08/16/2024 | C170 08/16/24 | 10 | $0.75 |
| 07/21/2023[OE] | P60 07/21/23 | 15 | $0.00 |
| 07/21/2023[OE] | P65 07/21/23 | 10 | $0.00 |
| 07/21/2023[OE] | P65 07/21/23 | 10 | $0.00 |
| 01/09/2024 | P80 01/19/24 | 10 | $1.00 |
| 10/25/2023[OA] | P80 01/19/24 | 10 | $0.00 |
| 03/15/2024[OE] | P75 03/15/24 | 1 | $0.00 |
| 08/18/2023[OA] | P80 08/18/23 | 10 | $0.00 |
| 08/09/2023[OA] | P95 08/18/23 | 10 | $0.00 |
| 05/17/2024[OE] | P70 05/17/24 | 1 | $0.00 |
| 05/17/2024[OE] | P70 05/17/24 | 1 | $0.00 |

| Date Disposed | Type of Option | Contract Amount | Price |
|---|---|---|---|
| 10/04/2024 | P145 11/15/24 | 10 | $16.00 |
| 08/06/2024 | C170 08/16/24 | 10 | $3.00 |
| 04/24/2023 | P60 07/21/23 | 15 | $1.25 |
| 04/24/2023 | P65 07/21/23 | 10 | $1.25 |
| 04/24/2023 | P65 07/21/23 | 10 | $2.50 |
| 07/19/2023 | P80 01/19/24 | 10 | $8.42 |
| 12/15/2023 | P80 01/19/24 | 10 | $6.55 |
| 02/23/2024 | P75 03/15/24 | 1 | $5.50 |
| 08/03/2023 | P80 08/18/23 | 10 | $3.80 |
| 07/19/2023 | P95 08/18/23 | 10 | $8.30 |
| 08/11/2023 | P70 05/17/24 | 1 | $6.00 |
| 08/12/2023 | P70 05/17/24 | 1 | $6.03 |

Prices listed are rounded up to two decimal places.