# EXHIBIT C

Movants' Purchases and Losses — Class Period: 02/28/2023 - 01/10/2025 — TransMedics Group

| Name | Date | Acquired | Price | Total Cost | Date** | Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Dr. Scott D. Levine** | 08/03/2023 | 1,000 | $83.00 | $83,000.00 | held | 9,700 | $68.78 | $667,169.91 | |
| | 08/03/2023 | 500 | $73.00 | $36,500.00 | | | | | |
| | 08/03/2023 | 500 | $72.00 | $36,000.00 | | | | | |
| | 08/09/2023[OA] | 1,000 | $95.00 | $95,000.00 | | | | | |
| | 08/18/2023[OA] | 1,000 | $80.00 | $80,000.00 | | | | | |
| | 10/25/2023[OA] | 700 | $80.00 | $56,000.00 | | | | | |
| | 06/21/2024 | 1,000 | $138.00 | $138,000.00 | | | | | |
| | 07/02/2024 | 1,000 | $148.00 | $148,000.00 | | | | | |
| | 07/09/2024 | 1,000 | $149.00 | $149,000.00 | | | | | |
| | 07/09/2024 | 1,000 | $146.75 | $146,750.00 | | | | | |
| | 10/29/2024[OA] | 1,000 | $145.00 | $145,000.00 | | | | | |
| | | **9,700** | | **$1,113,250.00** | | **9,700** | | **$667,169.91** | **($446,080.09)** |
| **Dr. Scott D. Levine - Options (P75 03/15/24)** | 03/15/2024[OE] | 1 | $0.00 | $0.00 | 02/23/2024 | 1 | $5.50 | $550.00 | |
| | | **1** | | **$0.00** | | **1** | | **$550.00** | **$550.00** |
| **Dr. Scott D. Levine - Options (P70 05/17/24)** | 05/17/2024[OE] | 1 | $0.00 | $0.00 | 08/11/2023 | 1 | $6.00 | $600.00 | |
| | 05/17/2024[OE] | 1 | $0.00 | $0.00 | 08/12/2023 | 1 | $6.03 | $603.00 | |
| | | **2** | | **$0.00** | | **2** | | **$1,203.00** | **$1,203.00** |
| **Dr. Scott D. Levine - Options (P60 07/21/23)** | 07/21/2023[OE] | 15 | $0.00 | $0.00 | 04/24/2023 | 15 | $1.25 | $1,875.00 | |
| | | **15** | | **$0.00** | | **15** | | **$1,875.00** | **$1,875.00** |
| **Dr. Scott D. Levine - Options (C170 08/16/24)** | 08/16/2024 | 10 | $0.75 | $750.00 | 08/06/2024 | 10 | $3.00 | $3,000.00 | |
| | | **10** | | **$750.00** | | **10** | | **$3,000.00** | **$2,250.00** |
| **Dr. Scott D. Levine - Options (P65 07/21/23)** | 07/21/2023[OE] | 10 | $0.00 | $0.00 | 04/24/2023 | 10 | $1.25 | $1,250.00 | |
| | 07/21/2023[OE] | 10 | $0.00 | $0.00 | 04/24/2023 | 10 | $2.50 | $2,500.00 | |
| | | **20** | | **$0.00** | | **20** | | **$3,750.00** | **$3,750.00** |
| **Dr. Scott D. Levine - Options (P80 08/18/23)** | 08/18/2023[OA] | 10 | $0.00 | $0.00 | 08/03/2023 | 10 | $3.80 | $3,800.00 | |
| | | **10** | | **$0.00** | | **10** | | **$3,800.00** | **$3,800.00** |
| **Dr. Scott D. Levine - Options (P95 08/18/23)** | 08/09/2023[OA] | 10 | $0.00 | $0.00 | 07/19/2023 | 10 | $8.30 | $8,300.00 | |
| | | **10** | | **$0.00** | | **10** | | **$8,300.00** | **$8,300.00** |
| **Dr. Scott D. Levine - Options (P80 01/19/24)** | 01/09/2024 | 10 | $1.00 | $1,000.00 | 07/19/2023 | 10 | $8.42 | $8,420.00 | |
| | 10/25/2023[OA] | 10 | $0.00 | $0.00 | 12/15/2023 | 10 | $6.55 | $6,550.00 | |
| | | **20** | | **$1,000.00** | | **20** | | **$14,970.00** | **$13,970.00** |

Movants' Purchases and Losses — Class Period: 02/28/2023 - 01/10/2025 — TransMedics Group

| Name | Purchase Date | Shares | Price | Cost | Sale Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Dr. Scott D. Levine - Options (P145 11/15/24)** | 10/30/2024[OA] | 10 | $0.00 | $0.00 | 10/04/2024 | 10 | $16.00 | $16,000.00 | |
| | | **10** | | **$0.00** | | **10** | | **$16,000.00** | **$16,000.00** |
| **Joseph Caccavale** | 08/19/2024 | 1,000 | $172.75 | $172,750.00 | 12/05/2024 | 1,000 | $66.31 | $66,310.00 | |
| | | **1,000** | | **$172,750.00** | | **1,000** | | **$66,310.00** | **($106,440.00)** |
| **Joseph and Mary Lou Caccavale Joint** | 08/09/2024 | 500 | $163.00 | $81,500.00 | 12/05/2024 | 1,000 | $67.59 | $67,590.00 | |
| | 08/19/2024 | 500 | $172.70 | $86,350.00 | | | | | |
| | | **1,000** | | **$167,850.00** | | **1,000** | | **$67,590.00** | **($100,260.00)** |
| **Mary Lou Caccavale** | 08/19/2024 | 500 | $172.60 | $86,300.00 | 01/13/2025 | 500 | $66.43 | $33,215.00 | |
| | | **500** | | **$86,300.00** | | **500** | | **$33,215.00** | **($53,085.00)** |
| **Movants' Total** | | **12,298** | | **$1,541,900.00** | | **12,298** | | **$887,732.91** | **($654,167.09)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $68.78 as of April 10, 2025 for common stock.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded up to two decimal places.

[OA]Option assigned.

[OE]Option expired.