# EXHIBIT D

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

TransMedics Group, Inc. investors Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine declare as follows:

1.    We respectfully submit this Joint Declaration in support of our motion for appointment as lead plaintiff.  We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.    I, Joseph Caccavale, suffered substantial losses as a result of my transactions in TransMedics securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in New Hyde Park, New York and, before retiring, I worked for the New York City Department of Sanitation for approximately 28 years.  I have approximately three decades of investing experience and I have prior experience working with legal counsel.  Mary Lou Caccavale is my wife of nearly 50 years.

3.    I, Mary Lou Caccavale, suffered substantial losses as a result of my transactions in TransMedics securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in New Hyde Park, New York and, before retiring, I worked as a tax consultant with the U.S. Department of the Treasury.  Before my nearly 40 year career at the U.S. Department of the Treasury, I earned a Bachelor of Arts degree in Mathematics from Molloy University.  I have approximately three decades of investing experience and I have prior experience working with legal counsel.  Joseph Caccavale is my husband of nearly 50 years.

4.    I, Dr. Scott D. Levine, suffered substantial losses as a result of my transactions in TransMedics securities during the Class Period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Fort Lauderdale, Florida and, although now

4933-1233-3108.v1

retired, I am a licensed physician in both Florida and California, specializing in internal medicine. I earned a Doctor of Medicine degree from Wayne State University School of Medicine, as well as a Psychology degree from Michigan State University. I have approximately 25 years of investing experience and I have prior experience working with legal counsel.

5.      In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP, in the prosecution of this action.

8.      Before filing this motion, we spoke together regarding this case. We discussed the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel.

4933-1233-3108.v1

We are able and willing to attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2025.

Signed by:

*Joseph Caccavale*

380B512037704C5...

JOSEPH CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

MARY LOU CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

DR. SCOTT D. LEVINE

4933-1233-3108.v1

We are able and willing to attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

_____
JOSEPH CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2025.

Signed by:
Mary Lou Caccavale
389B512037704C5...
_____
MARY LOU CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

_____
DR. SCOTT D. LEVINE

4933-1233-3108.v1

We are able and willing to attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

_____
JOSEPH CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

_____
MARY LOU CACCAVALE

I declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>14</u> day of April, 2025.

Signed by:

Scott D. Levine
_____
DR. SCOTT D. LEVINE

4933-1233-3108.v1