# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>                              Defendants. | Case No. 1:25-cv-10385-LTS<br><br>Hon. Leo T. Sorokin<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |
| PATRICK COLLINS, on Behalf Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>                              Defendants. | Case No. 1:25-cv-10778-LTS<br><br>Hon. Leo T. Sorokin<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JOSEPH E. WHITE, III IN FURTHER SUPPORT OF THE MOTION OF THE TRANSMEDICS INVESTORS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTION**

I, Joseph E. White, III, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the Commonwealth of Massachusetts and this Court.  I am a shareholder with the law firm of Saxena White P.A. ("Saxena White"), counsel for proposed Lead Plaintiff the Peace Officers' Annuity and Benefit Fund of Georgia ("Georgia Peace Officers") and Oguzhan Altun ("Mr. Altun," and together with Georgia Peace Officers, the "TransMedics Investors") and proposed Lead Counsel for the Class in the above-captioned action.  I submit this declaration in further support of the Motion of the TransMedics Investors for Consolidation of the Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel, and in Opposition to the Competing Motion.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

EXHIBIT A:    A chart explaining the difference in Dr. Levine's loss under the last-in, first-out (LIFO) and first-in, first-out (FIFO) methods;

EXHIBIT B:    A chart reflecting Dr. Levine and the Caccavales' transactions and estimated losses under the last-in, first-out (LIFO) method;

EXHIBIT C:    Deposition transcript of Scott Levine, *Barhonovich v. Levine*, No. 2016-CA-006826-O (Orange Cnty. Cir. Ct., Fla.); and

EXHIBIT D:    Complaint, *S.E.C. v. Freedom Env't Servs., Inc.*, No. 6:12-cv-1415 (M.D. Fla. filed Sept. 17, 2012).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 29th day of April 2025, at Boca Raton, Florida.

*/s/ Joseph E. White, III*
Joseph E. White, III

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2025.

*/s/ Joseph E. White, III*
Joseph E. White, III

2