# EXHIBIT A

### The Difference in Dr. Levine's Loss Under the LIFO and FIFO Methods

*Overstatement of loss due to application of FIFO method to Class Period sales*

| Dr. Levine Trades | | | | | LIFO Method | | | FIFO Method | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Holdings:** | **6,000** | | | | | **6,000** | | | **6,000** | |
| **Transaction Type** | **Trade Date** | **Shares Traded** | **Trade Price** | **(Cost) / Proceeds** | **Matching Under LIFO** | **Shares Traded** | **Gain/(Loss) Under LIFO** | **Matching Under FIFO** | **Shares Traded** | **Gain/(Loss) Under FIFO** |
| Purchase | 08/03/23 | 1,000 | $83.00 | ($83,000.00) | Unmatched | 1,000 | ($83,000.00) | Unmatched | 1,000 | ($83,000.00) |
| Purchase | 08/03/23 | 500 | $73.00 | ($36,500.00) | Unmatched | 500 | ($36,500.00) | Unmatched | 500 | ($36,500.00) |
| Purchase | 08/03/23 | 500 | $72.00 | ($36,000.00) | Unmatched | 500 | ($36,000.00) | Unmatched | 500 | ($36,000.00) |
| Purchase | 08/09/23 | 1,000 | $95.00 | ($95,000.00) | Unmatched | 1,000 | ($95,000.00) | Unmatched | 1,000 | ($95,000.00) |
| Purchase | 08/18/23 | 1,000 | $80.00 | ($80,000.00) | Unmatched | 1,000 | ($80,000.00) | Unmatched | 1,000 | ($80,000.00) |
| Purchase | 10/25/23 | 700 | $80.00 | ($56,000.00) | Unmatched | 700 | ($56,000.00) | Unmatched | 700 | ($56,000.00) |
| Purchase | 06/21/24 | 1,000 | $138.00 | ($138,000.00) | Matched to Class Period Sale | 1,000 | ($138,000.00) | Unmatched | 1,000 | ($138,000.00) |
| Sale | 06/25/24 | (1,000) | $145.50 | $145,500.00 | Matched to 6/21/24 Purchase | (1,000) | $145,500.00 | Matched to Pre-class Holdings | (1,000) | $0.00 |
| Purchase | 07/02/24 | 1,000 | $148.00 | ($148,000.00) | Matched to Class Period Sale | 1,000 | ($148,000.00) | Unmatched | 1,000 | ($148,000.00) |
| Purchase | 07/09/24 | 1,000 | $149.00 | ($149,000.00) | Matched to Class Period Sale | 1,000 | ($149,000.00) | Unmatched | 1,000 | ($149,000.00) |
| Purchase | 07/09/24 | 1,000 | $146.75 | ($146,750.00) | Matched to Class Period Sale | 1,000 | ($146,750.00) | Unmatched | 1,000 | ($146,750.00) |
| Purchase | 10/29/24 | 1,000 | $145.00 | ($145,000.00) | Matched to Class Period Sale | 1,000 | ($145,000.00) | Unmatched | 1,000 | ($145,000.00) |
| Sale | 12/30/24 | (1,000) | $59.50 | $59,500.00 | Matched to 10/29/24 Purchase | (1,000) | $59,500.00 | Matched to Pre-class Holdings | (1,000) | $0.00 |
| Sale | 12/31/24 | (1,000) | $62.05 | $62,050.00 | Matched to 7/9/24 Purchase | (1,000) | $62,050.00 | Matched to Pre-class Holdings | (1,000) | $0.00 |
| Sale | 12/31/24 | (1,000) | $61.10 | $61,100.00 | Matched to 7/9/24 Purchase | (1,000) | $61,100.00 | Matched to Pre-class Holdings | (1,000) | $0.00 |
| Sale | 12/31/24 | (1,000) | $62.20 | $62,200.00 | Matched to 7/2/24 Purchase | (1,000) | $62,200.00 | Matched to Pre-class Holdings | (1,000) | $0.00 |
| **Class Period Purchases** | | | | | | 9,700 | ($1,113,250.00) | | 9,700 | ($1,113,250.00) |
| **Class Period Sales Matched to Class Period Purchases** | | | | | | (5,000) | $390,350.00 | | 0 | $0.00 |
| **Class Period Net** | | | | | | **4,700** | **($722,900.00)** | | **9,700** | **($1,113,250.00)** |

|  | LIFO Method | FIFO Method |
|---|---|---|
|  | Under a **LIFO** analysis, *all 5,000 shares sold are matched to Class Period purchases*. Thus, only the remaining 4,700 net shares purchased are deemed retained and valued at the $68.66 PSLRA lookback price.[1] | Under a **FIFO** analysis, *all 5,000 shares sold are offset against pre-class holdings*. Thus, all 9,700 shares purchased are considered retained shares and valued at the $68.66 PSLRA lookback price.[1] |
| **Retained Shares** (multiplied by lookback price of $68.66) | **4,700**   $322,694.80 | **9,700**   $665,987.14 |
| **Gains from Options trades** | $51,698.00 | $51,698.00 |
| **Loss (Class Period Net less Retained Shares and Options Gains)** | **($348,507.20)** | **($395,564.86)** |

**Overstatement under FIFO:**
**$47,057.66**

[1] The PSLRA lookback price is calculated as $68.66 per share, which is the average close price from January 10, 2025 through April 9, 2025. A start date of January 10, 2025 was selected because the final disclosure occurred at about 9:12 a.m. on that date, before markets opened at 9:30 a.m. As a result of the final disclosure, TransMedics common stock opened down, continued to trade down, and closed down on January 10, 2025 compared to the prior close price.