# EXHIBIT B

**TransMedics Group, Inc.**

**Dr. Scott D. Levine**

Class Period: 02/28/23 to 01/10/25

Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 6,000 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/03/23 | 1,000 | $83.00 | $83,000.00 | | | | | |
| Purchase | 08/03/23 | 500 | $73.00 | $36,500.00 | | | | | |
| Purchase | 08/03/23 | 500 | $72.00 | $36,000.00 | | | | | |
| Purchase | 08/09/23 | 1,000 | $95.00 | $95,000.00 | | | | | |
| Purchase | 08/18/23 | 1,000 | $80.00 | $80,000.00 | Sale | 06/25/24 | 1,000 | $145.5000 | $145,500.00 |
| Purchase | 10/25/23 | 700 | $80.00 | $56,000.00 | Sale | 12/30/24 | 1,000 | $59.5000 | $59,500.00 |
| Purchase | 06/21/24 | 1,000 | $138.00 | $138,000.00 | Sale | 12/31/24 | 1,000 | $62.0500 | $62,050.00 |
| Purchase | 07/02/24 | 1,000 | $148.00 | $148,000.00 | Sale | 12/31/24 | 1,000 | $61.1000 | $61,100.00 |
| Purchase | 07/09/24 | 1,000 | $149.00 | $149,000.00 | Sale | 12/31/24 | 1,000 | $62.2000 | $62,200.00 |
| Purchase | 07/09/24 | 1,000 | $146.75 | $146,750.00 | | | | | |
| Purchase | 10/29/24 | 1,000 | $145.00 | $145,000.00 | Retained | | 4,700 | $68.6585 | $322,694.80 |
| | | **9,700** | | **$1,113,250.00** | | | **9,700** | | **$713,044.80** |
| | | | | | **LIFO Gain/(Loss) for Dr. Scott D. Levine:** | | | | **($400,205.20)** |

**Dr. Scott D. Levine - Options Transaction Details**

| Option | Type | Strike | Expiry | Acquired | Cost/Contract | Disposed | Sale Price | Contracts | Profit/Loss |
|---|---|---|---|---|---|---|---|---|---|
| P60-07-21-23 | Put | $60 | 7/21/2023 | 07/21/2023[OE] | $0.00 | 4/24/2023 | $1.25 | 15 | $1,875.00 |
| P65-07-21-23 | Put | $65 | 7/21/2023 | 07/21/2023[OE] | $0.00 | 4/24/2023 | $1.25 | 10 | $1,250.00 |
| P65-07-21-23 | Put | $65 | 7/21/2023 | 07/21/2023[OE] | $0.00 | 4/24/2023 | $2.50 | 10 | $2,500.00 |
| P80-08-18-23 | Put | $80 | 8/18/2023 | 08/18/2023[OA] | $0.00 | 8/3/2023 | $3.80 | 10 | $3,800.00 |
| P95-08-18-23 | Put | $95 | 8/18/2023 | 08/09/2023[OA] | $0.00 | 7/19/2023 | $8.30 | 10 | $8,300.00 |
| P80-01-19-24 | Put | $80 | 1/19/2024 | 1/9/2024 | $1.00 | 7/19/2023 | $8.42 | 10 | $7,420.00 |
| P80-01-19-24 | Put | $80 | 1/19/2024 | 10/25/2023[OA] | $0.00 | 12/15/2023 | $6.55 | 10 | $6,550.00 |
| P75-03-15-24 | Put | $75 | 3/15/2024 | 03/15/2024[OE] | $0.00 | 2/23/2024 | $5.50 | 1 | $550.00 |
| P70-05-17-24 | Put | $70 | 5/17/2024 | 05/17/2024[OE] | $0.00 | 8/11/2023 | $6.00 | 1 | $600.00 |
| P70-05-17-24 | Put | $70 | 5/17/2024 | 05/17/2024[OE] | $0.00 | 8/12/2023 | $6.03 | 1 | $603.00 |
| C170-08-16-24 | Call | $170 | 8/16/2024 | 7/21/2023 | $0.75 | 8/6/2024 | $3.00 | 10 | $2,250.00 |
| P145-11-15-24 | Put | $145 | 11/15/2024 | 10/30/202[OA] | $0.00 | 10/4/2024 | $16.00 | 10 | $16,000.00 |
| | | | | | | | **Total Gains:** | | **$51,698.00** |

**Option Exercise (OE)**

**Option Assignment (OA)**

**TransMedics Group, Inc.**

**Joseph Caccavale**

Class Period: 02/28/23 to 01/10/25

Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 12/05/24 | 1,000 | $66.3100 | $66,310.00 |
| Purchase | 08/19/24 | 1,000 | $172.75 | $172,750.00 | Retained | | 0 | $68.6585 | $0.00 |
| | | **1,000** | | **$172,750.00** | | | **1,000** | | **$713,044.80** |

LIFO Gain/(Loss) for Joseph Caccavale: **($106,440.00)**

**TransMedics Group, Inc.**

**Joseph and Mary Lou Caccavale Joint**

Class Period: 02/28/23 to 01/10/25

Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale | 12/05/24 | 1,000 | $67.5900 | $67,590.00 |
| Purchase | 08/09/24 | 500 | $163.00 | $81,500.00 | | | | | |
| Purchase | 08/19/24 | 500 | $172.70 | $86,350.00 | Retained | | 0 | $68.6585 | $0.00 |
| | | **1,000** | | **$167,850.00** | | | **1,000** | | **$67,590.00** |

LIFO Gain/(Loss) for Joseph and Mary Lou Caccavale Joint: **($100,260.00)**

**TransMedics Group, Inc.**

**Mary Lou Caccavale**

Class Period: 02/28/23 to 01/10/25

Lookback Price: $68.6585 (01/10/25 - 04/09/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| | | | | | Sale* | 01/13/25 | 500 | $66.4300 | $33,215.00 |
| Purchase | 08/19/24 | 500 | $172.60 | $86,300.00 | Retained | | 0 | $68.6585 | $0.00 |
| | | **500** | | **$86,300.00** | | | **500** | | **$33,215.00** |

LIFO Gain/(Loss) for Mary Lou Caccavale: **($53,085.00)**

*Post Class Period sale; uses the higher of actual sale price vs. average price from end of Class Period through sale date.*

| Levine-Caccavales Group | Total Shares Purchased | Net Shares Purchased | Net Funds Received / (Expended) | LIFO Loss |
|---|---|---|---|---|
| Dr. Scott D. Levine - Common Stock | 9,700 | 4,700 | ($722,900.00) | ($400,205.20) |
| Dr. Scott D. Levine - Options | 98 | 0 | $51,698.00 | $51,698.00 |
| **Levine Subtotal** | **9,700** | **4,700** | **($671,202.00)** | **($348,507.20)** |
| | | | | |
| Joseph Caccavale | 1,000 | 0 | ($106,440.00) | ($106,440.00) |
| Joseph and Mary Lou Caccavale Joint | 1,000 | 0 | ($100,260.00) | ($100,260.00) |
| Mary Lou Caccavale | 500 | 500 | ($86,300.00) | ($53,085.00) |
| **Caccavales Subtotal** | **2,500** | **500** | **($293,000.00)** | **($259,785.00)** |
| | | | | |
| **GRAND TOTAL[1]** | **12,200** | **5,200** | **($964,202.00)** | **($608,292.20)** |

[1] Excludes number of options contracts traded