# EXHIBIT 1

**ISS SCAS**
SECURITIES CLASS ACTION SERVICES

# Top Plaintiff Law Firms of 2024[*]

A comprehensive listing of the Top 50 plaintiff law firms ranked by the total cash amount of 2024 North American securities-related class action settlements.

*By aggregate class action settlement amount.

ISSGOVERNANCE.COM/SCAS

© 2025 | Institutional Shareholder Services and/or its affiliates



## TABLE OF CONTENTS

EXECUTIVE SUMMARY ........................................................................................................................... 3

THE TOP 50 OF 2024 .......................................................................................................................... 6

TOP 10 FIRMS BY DOLLAR SIZE OF SETTLEMENTS ........................................................................ 8

TOP 10 FIRMS BY NUMBER OF SETTLEMENTS .............................................................................. 9

TOP 10 LAW FIRM RANKINGS – LAST 5 YEARS ............................................................................ 10

FINAL SETTLEMENT APPROVALS 2024 ........................................................................................ 10

METHODOLOGY ............................................................................................................................ 12

TERMINOLOGY .............................................................................................................................. 13



# EXECUTIVE SUMMARY

In this report, ISS SCAS reviews the securities-related settlements of 2024 and ranks the Top 50 plaintiffs' securities firms by aggregate settlement amount achieved for shareholders. In a separate ranking, ISS SCAS also lists the top plaintiffs' antitrust firms by aggregate settlement amount approved during the 2024 calendar year.

As ISS Securities Class Action Services (ISS SCAS) noted in its Top 100 Report, 2024 was down from 2023, but was still a robust year for securities-related class actions. Collectively 2024 devliered approximately $4.75 billion in securities-related settlement funds[1] in the United States, and approximately $32.6 million in Canada. In total this was about a 18% decrease from the prior year. For the calendar year ISS SCAS recorded 142 approved monetary securities-related class action settlements in the United States (136 settlements) and Canada (6 settlements) in 2024.

The top five recorded North American securities-related settlements from 2024 were as follows:

- Apple, Inc.: $490 Million
- Under Armour, Inc.: $434 Million
- Alphabet, Inc.: $350 Million
- Uber Technologies, Inc.: $200 Million
- Rite Aid Corp.: $192.5 Million

In 2024, total settlement dollars were more highly concentrated compared to 2023. Just one firm surpassed the $1 billion mark (indeed that firm was lead or co-lead counsel in settlements recovering over $2.5 billion—representing over **half** of all dollars recovered) and nine firms reached the $100m mark, compared to five firms and fifteen firms respectively in 2023. Notably, the average total settlement dollars for the Top 50 was approximately $136 million, a sum which only the top eight firms exceeded in 2024.  Moreover, the top 3 firms were lead or co-lead counsel in cases representing over 75% of all settlement dollars recovered.

Robbins Geller Rudman & Dowd LLP ranked first among plaintiffs' firms with $2.51 billion in total settlement funds approved by courts during 2024. Robbins Geller was lead counsel on the $490 million Apple settlement (now tied for 34th on our list of Top 100 securities class action settlements of all time), the $434 Million Under Armour settlement (now 47th on the Top 100 list), and the $350 million Alphabet settlement (now tied for 56th the Top 100 list). Robbins Geller was also lead counsel or co-lead counsel on four other settlements of $100 million or more, including: Rite Aid ($192.5 million), TuSimple Holdings, Inc. ($189 million), Envision Healthcare Corp. ($177.5 million), and Pattern Energy Group Inc. ($100 million).

---

[1] This figure includes securities class actions and direct fiduciary duty class actions, and excludes antitrust settlements, SEC fair funds, and settlements outside the United States. All figures are in US dollars.



Bernstein Litowitz Berger & Grossmann LLP finished second among plaintiffs' firms this year with $794 million in total settlement funds. Bernstein Litowitz was lead counsel or co-lead counsel in two large Delaware Chancery court settlements for shareholders—Santander Consumer USA Holdings Inc. ($162.5 million) and Discovery, Inc./Warner Bros. Discovery, Inc. ($125 million)—as well the $97 million settlement with Perrigo Co. plc and the $75 million settlement with Qualcomm Inc.

Labaton Keller Sucharow LLP ranked third among plaintiffs' firms this year with $638 million in total settlement funds. This law firm represented shareholders as lead or co-lead counsel in the following substantial settlements: Uber ($200 million and now tied as 98th on the Top 100 list), Pattern Energy ($100  million), Oak Street Health, Inc. ($60 million), and Okta, Inc. ($60 million).

Pomerantz LLP and Kessler Topaz Meltzer & Check, LLP round out the rest of the top five in 2024. Pomerantz was co-lead counsel in the $97 million Perrigo settlement, while Kessler Topaz was lead or co-lead counsel in the $125 million Discovery/Warner Bros. Discovery settlement, the $85 million Becton, Dickinson and Co. settlement, and the $65 million Apache Corp. settlement.

Outside the Top 5, a number of other plaintiff law firms helped obtain substantial settlements, including involvement in six settlements above $50 million, as well as a number of smaller settlements that drove up the overall total. Firms within the top ten that were lead or co-lead in significant settlements include: Kahn Swick & Foti LLC (TuSimple: $189 million); Prickett, Jones & Elliott, PA (Gain Capital Holdings, Inc.: $55 million), Saxena White PA (Apache: $65 million), and Entwistle & Cappucci LLP (Pattern Energy: $100 million).

In addition to the ranking based on total cash amounts, ISS SCAS also ranks the the top ten law firms based upon the number of settlements recorded for the year. Leading this latter category with double-digit settlements were: Robbins Geller (27), Pomertanz (24), Bernstein Litowitz (17) The Rosen Law Firm PA (14), Labaton Keller (11), Glancy Prongay & Murray LLP (10), and Levi & Korsinsky, LLP (10).

For the second year, ISS SCAS also prepared a ranking of law firms based on total cash amount of antitrust class action settlements approved during the calendar year. In 2024, Cohen Milstein Sellers & Toll PLLC and Quinn Emanuel Urquhart & Sullivan, LLP tied for first at $580,008,750,000, which sum is entirely represented by the Stock Loan Transactions settlement where these two firms served as co-lead counsel. Lowey Dannenberg, PC came in third with a total of $155,000,00 in recoveries as lead or co-lead counsel including: European Government Bonds ($120 million cumulatively) and Euroyen-Based Derivatives ($35 million).

Looking ahead, as of this report's publication, already more than $2 billion in announced tentative or pending North American securities-related class action settlement funds could be or already has been approved by courts in 2025.



This includes tentative settlements with Alibaba Group Holding Ltd. ($433.5 million), General Electric Co. ($362.5 million), Alta Mesa Resources, Inc. ($126.3 m), and VMware, Inc. ($102.5 million). There are also several noteworthy settlements that may be disbursed back to investors in 2025, including the $450 million settlement with the Kraft Heinz Co. and the $350 million settlement with Alphabet.

With all of this continued activity within the securities litigation landscape, members of the financial, legal, and professional services industries can count on ISS Securities Class Action Services to continue to monitor and keep the community up-to-date with regard to class action trends and developments.

# # # # #



# THE TOP 50 LAW FIRMS OF 2024

### Based on Total Cash Amount of North American Securites-Related Settlements[2]

| RANK | LAW FIRM | TOTAL SETTLEMENT AMOUNT |
|------|----------|-------------------------|
| 1 | Robbins Geller Rudman & Dowd LLP | $2,510,215,000 |
| 2 | Bernstein Litowitz Berger & Grossmann LLP | $794,425,000 |
| 3 | Labtaon Keller Sucharow LLP | $638,403,900 |
| 4 | Pomerantz LLP | $338,825,000 |
| 5 | Kessler Topaz Meltzer & Check, LLP | $334,500,000 |
| 6 | Kahn Swick & Foti LLC | $269,025,000 |
| 7 | Prickett Jones & Elliott, PA | $180,500,000 |
| 8 | Saxena White PA | $159,500,000 |
| 9 | Entwistle & Cappucci LLP | $100,000,000 |
| 10 | Johnson Fistel, LLP | $90,725,000 |
| 11 | Grant & Eisenhofer PA | $87,500,000 |
| 12 | Glancy Prongay & Murray LLP | $87,324,523 |
| 13 | Hagens Berman Sobol Shapiro LLP | $79,250,000 |
| 14 | Levi & Korsinsky LLP | $75,950,000 |
| 15 | Motely Rice LLC | $75,000,000 |
| 16 | Friedman Oster & Tejtel PLLC | $71,500,000 |
| 17 | Andrews & Springer LLC | $65,990,000 |
| 18 | The Rosen Law Firm PA | $63,918,900 |
| 19 | Block & Leviton LLP | $56,500,000 |
| 20 | Cooch & Taylor PA | $55,000,000 |
| 21 | Morris Kandinov LLP | $51,300,000 |
| 22 | Wolf Popper LLP | $50,000,000 |
| 23 | Scott + Scott Attorneys at Law LLP | $46,250,000 |
| 24 | Kirby McInerney LLP | $45,000,000 |

The data herein was prepared by SCAS' research and legal experts via ISS SCAS's fully transparent client platform, RecoverMax, available at https://recovermax.issgovernance.com/recovermax/

| RANK | LAW FIRM | TOTAL SETTLEMENT AMOUNT |
|---|---|---|
| 25 | Robbins LLP | $44,990,000 |
| 26 | Law Office of Frank DiPrima, PA | $42,500,000 |
| 27 | Monteverde & Associates PC | $39,775,000 |
| 28 | Bleichmar Fonti & Auld LLP | $36,250,000 |
| 29 | Bernstein Liebhard LLP | $36,000,000 |
| 30 | Berger Montague | $34,545,897 |
| 31 | Faruqi & Faruqui LLP | $33,450,000 |
| 32 | Friedlander & Gorris, PA | $27,125,000 |
| 33 | Barrack Rodos & Bacine | $25,500,000 |
| 34 | Wohl & Fructher LLP | $17,500,000 |
| 35 | Faguy & Co. Barristers and Solicitors Inc. | $16,182,562 |
| 36 | Hedin LLP | $16,000,000 |
| 37 | Morrow Ni LLP (f/k/a AFN Law) | $13,520,000 |
| 38 | Wolf Haldenstein Adler Freeman & Herz LLP | $10,000,000 |
| 39 | Ashby & Geddes, PA | $9,500,000 |
| 40 | Boies Schiller & Flexner LLP | $7,500,000 |
| 40 | Lovell Stewart Halebian Jacobson LLP | $7,500,000 |
| 42 | Bottini & Bottini Inc. | $7,000,000 |
| 43 | SMK Law PC | $6,720,310 |
| 44 | Christensen & Dougherty LLP | $6,500,000 |
| 44 | Kaskela Law LLC | $6,500,000 |
| 46 | McCarter & English LLP | $6,000,000 |
| 47 | Siskinds LLP | $5,872,000 |
| 48 | Brager Eagel & Squire, PC | $4,500,000 |
| 49 | Eighty-One West Law PC | $3,747,200 |
| 50 | Lowey Dannenberg, PC | $3,600,000 |



# TOP 10 LAW FIRMS BY DOLLAR SIZE
# OF SECURITIES-RELATED SETTLEMENTS





# TOP 10 LAW FIRMS BY NUMBER
# OF SECURITIES-RELATED SETTLEMENTS[3]

| RANK (BY NUMBER OF SETTLEMENTS) | RANK (BY SETTLEMENT AMOUNT) | LAW FIRM | NUMBER OF SETTLEMENTS |
|---|---|---|---|
| 1 | 1 | Robbins Geller Rudman & Dowd LLP | 27 |
| 2 | 4 | Pomerantz LLP | 24 |
| 3 | 2 | Bernstein Litowitz Berger & Grossmann LLP | 17 |
| 4 | 18 | The Rosen Law Firm PA | 14 |
| 5 | 3 | Labaton Keller Sucharow LLP | 11 |
| 6 | 14 | Levi & Korsinsky LLP | 10 |
| 6 | 12 | Glancy Prongay & Murray LLP | 10 |
| 8 | 11 | Grant & Eisenhofer PA | 8 |
| 9 | 6 | Kahn Swick & Foti LLC | 6 |
| 10 | 5 | Kessler Topaz Meltzer & Check, LLP | 5 |
| 10 | 7 | Prickett Jones & Elliott, PA | 5 |
| 10 | 8 | Saxena White, PA | 5 |
| 10 | 27 | Monteverde & Associates PC | 5 |

[3] The total firms listed exceed ten due to a tie in the rankings.



# TOP 10 LAW FIRM RANKINGS – LAST 5 YEARS

## Based on Total Cash Amount of North American Securites-Related Settlements

| RANK | 2024 | 2023 | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|
| 1 | Robbins Geller Rudman & Dowd LLP | Bernstein Litowitz | Robbins Geller | Robbins Geller | Robbins Geller |
| 2 | Bernstein Litowitz Berger & Grossmann LLP | Labaton Keller | Bernstein Litowitz | Bernstein Litowitz | Bernstein Litowitz |
| 3 | Labaton Keller Sucharow LLP | Robbins Geller | Motley Rice LLC | Kessler Topaz | Labaton Keller |
| 4 | Pomertanz LLP | Quinn Emanuel Urquhart & Sullivan, LLP* | Bleichmar Fonti & Auld LLP | Labaton Keller | Kessler Topaz |
| 5 | Kessler Topaz Meltzer & Check LLP | Cohen Milstein Sellers & Toll PLLC* | Kesler Topaz | Saxena White | Saxena White |
| 6 | Kahn Swick & Foti LLC | Kessler Topaz | Labaton Keller | Grant & Eisenhofer PA | Faguy & Co. Barristers and Solicitors Inc. |
| 7 | Prickett Jones & Elliott, PA | Scott + Scott Attorneys at Law LLP | Pomerantz | Kalloghlian Myers LLP | Siskinds LLP |
| 8 | Saxena White PA | Pomerantz | Kahn Swick & Foti LLC | Prickett Jones | Glancy Prongay & Murray LLP |
| 9 | Entwistle & Cappucci LLP | Selendy Gay PLLC** | Cohen Milstein | Levi & Korsinky LLP | Levi & Korsinky |
| 10 | Johnson Fistel LLP | Squitieri & Fearon LLP** | Friedlander & Gorris PA | The Rosen Law Firm PA | Rosen |
|  |  | Silver Golub & Teitell LLP** |  |  |  |

*Tied for 4th

** Tied for 9th

# TOP 5 LAW FIRMS BASED
# ON ANTITRUST SETTLEMENTS

| RANK | LAW FIRM | TOTAL SETTLEMENT AMOUNT |
|---|---|---|
| 1 | Cohen Milstein Sellers & Toll PLLC | $580,008,750,000 |
| 1 | Quinn Emanuel Urquhart & Sullivan, LLP | $580,008,750,000 |
| 3 | Lowey Dannenberg, PC | $155,000,000 |
| 4 | Scott + Scott Attorneys at Law LLP | $126,600,000 |
| 5 | DiCello Levitt LLP | $120,000,000 |
| 5 | Berman Tabacco | $120,000,000 |



## METHODOLOGY

The ISS Securities Class Action Services Top 50 Report is based upon North American settlement data from its proprietary database, RecoverMax. ISS SCAS tracks, among many other things, U.S. (Federal and State) and Canadian shareholder class actions.

The Top 50 Ranking is specific to North American securities class actions and direct fiduciary duty settlements only and does not include data on ERISA, derivative, or antitrust litigation. Antitrust litigation and non-North American shareholder class & group actions – which are closely tracked and monitored by ISS SCAS – are not included within this ranking. Canadian settlements were converted into U.S. dollars at the time of the announced settlement. Share based compensation is valued at the time of final approval if the settlement terms include a specific number of shares opposed to a specific value of shares. Each plaintiff law firm was contacted by ISS SCAS to verify settlement data pertaining to that firm. Where a portion of the settlement was contingent on events subsequent to the granting of final approval, ISS SCAS credits the full value of the contingent sums at final approval.

The Top 5 Ranking of antitrust law firms is based on monetary antitrust settlements, where investors have a right to participate by virtue of their transactions or holdings in securities. These antitrust actions typically involve multiple partial settlements reached with defendants at different dates. The Top 5 Ranking includes each partial settlement that has been approved by courts during the 2024 calendar year.

This report reflects only those final settlements (where final approval has been granted and/or judgment has been entered) that resulted in the creation of a cash settlement fund on behalf of shareholders. Cases which resulted in no settlement fund being created, but instead had only non-financial settlement terms (such as corporate governance changes, changes in the terms of a merger, etc.) are not included in this report. However, further information on these types of settlements can be found in the ISS SCAS database, RecoverMax.

This report ranks law firms who served only as lead or co-lead counsel for the North American class actions. ISS SCAS credits law firms that served as lead or co-lead counsel in a case with the entire settlement fund, regardless of how many other firms served as lead or co-lead counsel in the case. For example, a settlement of $5,000,000 where there were two lead counsel firms, the ISS SCAS Top 50 Report credits both law firms with $5,000,000 – rather than dividing the settlement fund between them. For purposes of this report, law firms are considered as the lead or co-lead counsel if (and only if) they are identified as such in the notice of settlement document distributed to shareholders.



## TERMINOLOGY

Total Settlement Amount listed in the "Top 50" is the total moetary amount (inclusive of cash and non-cash amounts) made available to investors for recovery for all final settlements occurring in 2024 in which the law firm served as lead or co-lead counsel, and where a settlement fund was created.

Number of Settlements listed in the "Top 50" represents the total number of final settlements occurring in 2024 in which the law firm served as lead or co-lead counsel, and where a settlement fund was created.

# Empowering Investors to Mitigate Risk, Minimize Costs, and Effectively Maximize Recoveries.

## GET STARTED WITH SECURITIES CLASS ACTION SOLUTIONS

Email sales@issgovernance.com or visit issgovernance.com/scas for more information.

---

**Managing Editor**
Donald F. Grunewald, Esq., Director of Litigation Analysis, ISS Securities Class Action Services

**Content Editors**
Louis Angelo Panis, Research Associate, ISS Securities Class Action Services
Mark Lloyd Flores, Vice President of Research, ISS Securities Class Action Services

**Copy Editors**
Ivar Eilertsen, Global Head, ISS Securities Class Action Services

**Design Editor**
Claudine Ann Hernandez, Associate, Institutional Shareholder Services

---

Founded in 1985, the Institutional Shareholder Services group of companies ("ISS") is the world's leading provider of corporate governance and responsible investment solutions alongside fund intelligence and services, events, and editorial content for institutional investors, globally. ISS' solutions include objective governance research and recommendations; responsible investment data, analytics, and research; end-to-end proxy voting and distribution solutions; turnkey securities class-action claims management (provided by Securities Class Action Services, LLC); reliable global governance data and modeling tools; asset management intelligence, portfolio execution and monitoring, fund services, and media. Clients rely on ISS' expertise to help them make informed investment decisions.

This document and all of the information contained in it, including without limitation all text, data, graphs, and charts (collectively, the "Information") is the property of Institutional Shareholder Services Inc. (ISS), its subsidiaries, or, in some cases third party suppliers.

The Information has not been submitted to, nor received approval from, the United States Securities and Exchange Commission or any other regulatory body. None of the Information constitutes an offer to sell (or a solicitation of an offer to buy), or a promotion or recommendation of, any security, financial product or other investment vehicle or any trading strategy, and ISS does not endorse, approve, or otherwise express any opinion regarding any issuer, securities, financial products or instruments or trading strategies.

The user of the Information assumes the entire risk of any use it may make or permit to be made of the Information.

ISS MAKES NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS WITH RESPECT TO THE INFORMATION AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF ORIGINALITY, ACCURACY, TIMELINESS, NON-INFRINGEMENT, COMPLETENESS, MERCHANTABILITY, AND FITNESS for A PARTICULAR PURPOSE) WITH RESPECT TO ANY OF THE INFORMATION.

Without limiting any of the foregoing and to the maximum extent permitted by law, in no event shall ISS have any liability regarding any of the Information for any direct, indirect, special, punitive, consequential (including lost profits), or any other damages even if notified of the possibility of such damages. The foregoing shall not exclude or limit any liability that may not by applicable law be excluded or limited.

© 2025 | Institutional Shareholder Services and/or its affiliates