**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MERLY JEWIK, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>      v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>               Defendants. | Case No. 1:25-cv-10385-LTS<br><br>Hon. Leo T. Sorokin<br><br><u>CLASS ACTION</u> |
| PATRICK COLLINS, on Behalf Himself and All Others Similarly Situated,<br><br>               Plaintiff,<br>      v.<br><br>TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON,<br><br>               Defendants. | Case No. 1:25-cv-10778-LTS<br><br>Hon. Leo T. Sorokin<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION AND UNOPPOSED MOTION BY THE TRANSMEDICS INVESTORS FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN RESPONSE TO THE CACCAVALES AND DR. LEVINE'S OPPOSITION TO <u>COMPETING LEAD PLAINTIFF MOTIONS</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 7.1(b)(3), Proposed Lead Plaintiff the Peace Officers' Annuity and Benefit Fund of Georgia and Oguzhan Altun (together, the "TransMedics Investors") hereby move for leave to file a reply, not to exceed ten (10) pages, in response to the Opposition to Competing Lead Plaintiff Motions filed by Dr. Scott D. Levine, Joseph Caccavale, and Mary Lou Caccavale (the "Levine-Caccavales Group") (ECF No. 30, the "LCG Opposition").[1]

The proposed reply is necessary to address the Levine-Caccavales Group's arguments raised in the LCG Opposition.  Under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the TransMedics Investors are the presumptively most adequate plaintiff and should be appointed lead plaintiff, because they have the largest financial interest under the well-established *Lax-Olsten* factors and they are adequate and typical under Rule 23.  The proposed reply will provide the TransMedics Investors the opportunity to address the legal arguments and unsupported factual assertions raised for the first time in the LCG Opposition.

Accordingly, the TransMedics Investors respectfully request that the Court grant them leave to file the proposed short reply, attached hereto as Exhibit A.

Dated: May 8, 2025

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Joseph E. White, III*
Joseph E. White, III (BBO# 648498)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382

---

[1] Pursuant to Local Rule 7.1(a)(2), the parties have conferred, and the TransMedics Investors and the Levine-Caccavales Group mutually assent to the contemporaneous filing of their respective motions for leave to file a reply and proposed replies, while Defendants take no position.

1

jwhite@saxenawhite.com

**SAXENA WHITE P.A.**
Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
mduenas@saxenawhite.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Amanda F. Lawrence (BBO# 568737)
156 S. Main Street, P.O. Box 192
Colchester, CT 06415
Tel.: (860) 531-2645
Fax: (860) 537-4432
alawrence@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Thomas L. Laughlin, IV (*pro hac vice* forthcoming)
Jonathan M. Zimmerman (*pro hac vice* forthcoming)
Nicholas S. Bruno (*pro hac vice* forthcoming)
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
tlaughlin@scott-scott.com
jzimmerman@scott-scott.com
nbruno@scott-scott.com

*Counsel for the TransMedics Investors, and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian J. Schall (*pro hac vice* forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel.: (310) 301-3335
Fax: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Oguzhan Altun*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2025.

*/s/ Joseph E. White, III*
Joseph E. White, III

3