UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MERLY JEWIK, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>TRANSMEDICS GROUP, INC., et al.,<br><br>                  Defendants. | No. 1:25-cv-10385-LTS<br><br><u>CLASS ACTION</u> |
| PATRICK COLLINS, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>TRANSMEDICS GROUP, INC., et al.,<br><br>                  Defendants. | No. 1:25-cv-10778-LTS<br><br><u>CLASS ACTION</u> |

**THE CACCAVALES AND DR. LEVINE'S MOTION FOR LEAVE TO FILE REPLY IN
SUPPORT OF LEAD PLAINTIFF MOTION**

Pursuant to L.R. 7.1(b)(3), presumptive lead plaintiff Joseph Caccavale, Mary Lou Caccavale, and Dr. Scott D. Levine respectfully move this Court for leave to file a reply memorandum of law in support of their Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF 23).  A copy of the proposed reply memorandum of law is attached hereto as Exhibit A.

The Caccavales and Dr. Levine seek leave to file a reply memorandum of law to address competing movants' financial interest and adequacy arguments raised for the first time in their opposition brief.  *See* ECF 28.

### LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that counsel for the Caccavales and Dr. Levine have conferred with counsel for competing movants and defendants regarding this motion. Counsel for competing movants agreed to assent to this motion, and counsel for the Caccavales and Dr. Levine agreed to assent to their substantially similar motion.  Counsel for movants agreed to contemporaneously file their motions at 5 p.m. EST on May 8, 2025.  Counsel for defendants stated defendants do not take a position on the motions.

DATED:  May 8, 2025                        BERMAN TABACCO

*s/ Patrick T. Egan*
PATRICK T. EGAN, BBO #557109
One Liberty Square
Boston, MA  02109
Telephone:  (617) 542-8300
pegan@bermantabacco.com

Local Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that these documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

DATED:  May 8, 2025                                   /s/ Patrick T. Egan
                                                Patrick T. Egan

- 2 -