**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MERLY JEWIK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, <br><br> Defendants. | Case No.: 1:25-cv-10385-LTS |
| PATRICK COLLINS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TRANSMEDICS GROUP, INC., WALEED HASSANEIN, and STEPHEN GORDON, <br><br> Defendants. | Case No.: 1:25-cv-10778-LTS |

## DECLARATION OF TAMAR KAPLAN-MARANS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Tamar Kaplan-Marans, make this declaration pursuant to 28 U.S.C. § 1756. I hereby declare as follows:

1. I am a partner with the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, counsel for TransMedics Group, Inc. ("TransMedics"), Waleed Hassanein ("Dr. Hassanein"), and Stephen Gordon ("Mr. Gordon" and, collectively, "Defendants") in the above-captioned action.

2.      I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice, including the New York Bar.  I have been admitted *pro hac vice* to this Court to represent Defendants in this litigation.

3.      I am over the age of eighteen and have personal knowledge of and am competent to testify about the factual matters asserted herein.  If called as a witness, I could and would competently testify thereto.

4.      I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

### TransMedics' Annual Reports on Form 10-K

5.      Attached hereto as **Exhibit 1** is a true and correct excerpt of TransMedics' Form 10-K for the fiscal year ended December 31, 2022, filed with the Securities and Exchange Commission ("SEC") on February 27, 2023, which is cited at ¶¶ 52 and 158–59 of the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, Dkt. No. 50 ("Complaint").

6.      Attached hereto as **Exhibit 2** is a true and correct excerpt of TransMedics' Form 10-K for the fiscal year ended December 31, 2023, filed with the SEC on February 27, 2024.

### TransMedics' Press Releases on Form 8-K

7.      Attached hereto as **Exhibit 3** is a true and correct copy of TransMedics' Exhibit 99.1 to Form 8-K, filed with the SEC on December 2, 2024, which is cited at ¶¶ 15, 78–79, and 225–27 of the Complaint.

8.      Attached hereto as **Exhibit 4** is a true and correct copy of TransMedics' Exhibit 99.1 to Form 8-K, filed with the SEC on February 27, 2025.

**Transcripts from TransMedics' Earnings Calls**

9.     Attached hereto as **<u>Exhibit 5</u>** is a true and correct copy of a transcript of TransMedics' February 26, 2024 earnings call, which is cited at ¶¶ 67–68, 173–76, 204, and 207 of the Complaint.

10.     Attached hereto as **<u>Exhibit 6</u>** is a true and correct copy of a transcript of TransMedics' April 30, 2024 earnings call, which is cited at ¶¶ 70 and 187–88 of the Complaint.

11.     Attached hereto as **<u>Exhibit 7</u>** is a true and correct copy of a transcript of TransMedics' October 28, 2024 earnings call, which is cited at ¶¶ 73, 75, 197–99, 221–22, and 224 of the Complaint.

**Individual Defendants' SEC Filings**

12.     Attached hereto as **<u>Exhibit 8</u>** is a document containing true and correct copies of Dr. Hassanein's Forms 4, filed with the SEC from April 7, 2021, through October 17, 2024.  Dr. Hassanein's trading history as reflected in these public filings is detailed at ¶¶ 9, 152–57, and 212 of the Complaint.

13.     Attached hereto as **<u>Exhibit 9</u>** is a document containing true and correct copies of Mr. Gordon's Forms 4, filed with the SEC from June 3, 2021, through June 5, 2024.  Mr. Gordon's trading history as reflected in these public filings is detailed at ¶¶ 9, 152–54, and 212 of the Complaint.

**Letter**

14.     Attached hereto as **<u>Exhibit 10</u>** is a true and correct copy of a letter from Congressman Paul A. Gosar to Dr. Hassanein, dated February 21, 2024, which is cited at ¶¶ 6–7, 11, 61–65, 67, 86, 89, 155, 171, 173, 176, 206–07, 218–20, and 228 of the Complaint.

**Analyst Report**

15.     Attached hereto as **<u>Exhibit 11</u>** is a true and correct copy of a William Blair analyst report titled, *Ahead of Investor Day, Company Announces New CFO and Modestly Narrows 2024 Guidance Range*, dated December 2, 2024, which is cited at ¶ 78 of the Complaint.

**Short-Seller Report**

16.     Attached hereto as **<u>Exhibit 12</u>** is a true and correct excerpt of a Scorpion Capital report titled, *Walk Like an Egyptian: A "Mafia-Style" Extortion, Racketeering, and Organ Trafficking Scheme Masquerading as a Medical Device Company – Fueled by Kickbacks, Billing Fraud, Unreported Device Failures, and Off-Label Misuse on a Vast Scale; Precipitating a Customer Exodus and Rapidly Unfolding Death Spiral. Target Price: $0*, dated January 10, 2025, which is cited at ¶¶ 16–18, 20–23, 80–123 & n.6, 127 n.9, 131, 139 & n.14, 147, 208–11, and 228–29 of the Complaint.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 7, 2025                         */s/ Tamar Kaplan-Marans*
New York City, New York                  Tamar Kaplan-Marans (*pro hac vice*)