# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM TO**

**Commission File Number: 001-38891**

# TransMedics Group, Inc.
**(Exact name of Registrant as specified in its Charter)**

| | |
|---|---|
| **Massachusetts** | **83-2181531** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **200 Minuteman Road** **Andover, Massachusetts** | **01810** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (978) 552-0900**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, No Par Value** | **TMDX** | **The Nasdaq Global Market** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☒ NO ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. YES ☐ NO ☒

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files). YES ☒ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of the last business day of the registrant's most recently completed second fiscal quarter, June 30, 2022, based on the last reported sale price of the registrant's common stock of $31.45 per share was $841.3 million. As of February 15, 2023, the registrant had 32,196,219 shares of common stock, no par value per share, outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Definitive Proxy Statement for its 2023 Annual Meeting of Stockholders scheduled to be held on May 25, 2023, which Definitive Proxy will be filed with the Securities and Exchange Commission not later than 120 days after the registrant's fiscal year end of December 31, 2022, are incorporated by reference into Part II and Part III of this Form 10-K.

**Table of Contents**

|  |  |  | **Page** |
|---|---|---|---|
| **PART I** |  |  |  |
| Item 1. | Business |  | 3 |
| Item 1A. | Risk Factors |  | 26 |
| Item 1B. | Unresolved Staff Comments |  | 58 |
| Item 2. | Properties |  | 58 |
| Item 3. | Legal Proceedings |  | 58 |
| Item 4. | Mine Safety Disclosures |  | 58 |
|  |  |  |  |
| **PART II** |  |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities |  | 58 |
| Item 6. | Reserved |  | 60 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations |  | 61 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk |  | 73 |
| Item 8. | Financial Statements and Supplementary Data |  | 75 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure |  | 104 |
| Item 9A. | Controls and Procedures |  | 104 |
| Item 9B. | Other Information |  | 105 |
| Item 9C. | Disclosures Regarding Foreign Jurisdictions that Prevent Inspections |  | 105 |
|  |  |  |  |
| **PART III** |  |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance |  | 106 |
| Item 11. | Executive Compensation |  | 106 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters |  | 106 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence |  | 106 |
| Item 14. | Principal Accounting Fees and Services |  | 106 |
|  |  |  |  |
| **PART IV** |  |  |  |
| Item 15. | Exhibits, Financial Statement Schedules |  | 107 |
| Item 16 | Form 10-K Summary |  | 110 |
| SIGNATURES |  |  | 111 |

**PART I**

*Except where the context otherwise requires or where otherwise indicated, the terms "TransMedics," "we," "us," "our," "our company," "the company," and "our business" refer to TransMedics Group, Inc. and its consolidated subsidiaries.*

**Item 1. Business.**

**Overview**

We are a commercial-stage medical technology company transforming organ transplant therapy for end-stage organ failure patients across multiple disease states. We developed the OCS to replace a decades-old standard of care that we believe is significantly limiting access to life-saving transplant therapy for hundreds of thousands of patients worldwide. Our innovative OCS technology replicates many aspects of the organ's natural living and functioning environment outside of the human body. As such, the OCS represents a paradigm shift that transforms organ preservation for transplantation from a static state to a dynamic environment that enables new capabilities, including organ optimization and assessment. We have also developed our National OCS Program, or NOP, an innovative turnkey solution to provide outsourced organ retrieval and OCS organ management, to provide transplant programs in the United States with a more efficient process to procure donor organs with the OCS. We believe the use of the OCS combined with the NOP has the potential to significantly increase the number of organ transplants and improve post-transplant outcomes.

We designed the OCS to be a platform that allows us to leverage core technologies across products for multiple organs. To date, we have developed three OCS products, one for each of heart, lung and liver transplantations, making the OCS the only FDA approved, portable, multi-organ, warm perfusion technology platform. All three of our products, OCS Heart, OCS Lung and OCS Liver, have received Pre-Market Approval, or PMA, from the Food and Drug Administration, or FDA. Also, all three of our products, OCS Heart, OCS Lung and OCS Liver are approved for both organs donated after brain death, or DBD organs, and organs donated after circulatory death, or DCD organs.

Incidence of end-stage organ failure has been rapidly rising worldwide due to demographic trends that contribute to chronic diseases. Organ transplantation is the treatment of choice for addressing end-stage organ failure due to its positive clinical outcomes and favorable health economics. However, transplant volumes have been significantly restricted by the limitations of cold storage, the standard of care for solid organ transplantation. Cold storage is a rudimentary approach to organ preservation in which a donor organ is flushed with cold pharmaceutical solutions, placed in a plastic bag on top of ice and transported in a cooler. Cold storage subjects organs to significant injury due to a lack of oxygenated blood supply, or ischemia, does not allow physicians to assess organ viability and lacks the ability to optimize an organ's condition once it has been retrieved from the donor. Time-dependent ischemic injury has been shown to result in short- and long-term post-transplant clinical complications and, together with the inability to assess or optimize organs, contributes to the severe underutilization of donor organs. With the use of cold storage, the majority of lungs and hearts donated after brain death go unutilized, and almost no available lungs and hearts donated after circulatory death are utilized.

We developed the OCS to comprehensively address the major limitations of cold storage. The OCS is a portable organ perfusion, optimization and monitoring system that utilizes our proprietary and customized technology to replicate near-physiologic conditions for donor organs outside of the human body. We designed the OCS technology platform to perfuse donor organs with warm, oxygenated, nutrient-enriched blood, while maintaining the organs in a living, functioning state; the lung is breathing, the heart is beating and the liver is producing bile. Because the OCS significantly reduces injurious ischemic time on donor organs as compared to cold storage and enables the optimization and assessment of donor organs, it has demonstrated improved clinical outcomes relative to cold storage and offers the potential to significantly improve donor organ utilization.

We developed the NOP to provide additional capabilities to transplant centers for the complicated organ procurement process that often requires resources and logistics beyond a transplant center's existing capabilities and capacity, thereby limiting the number of organs the transplant center may be able to retrieve. Our NOP provides trained organ procurement surgeons, clinical specialists and transplant coordinators that provide an end-to-end clinical solution using our OCS technology. This enables transplant centers the ability to utilize the OCS to procure and transplant more organs for their patients than they would otherwise be able to do without increasing their own staff.

We believe the OCS and the NOP will drive significant benefits to all stakeholders in the field of organ transplantation. For patients, we believe the OCS and the NOP provide additional access to life-saving transplants and allow for quicker

3

recovery following transplantation. For hospitals, we believe the OCS and NOP provide a means to increase transplant volume, treat more patients, enhance provider status and improve transplant program economics. Finally, we believe the OCS and NOP provide payors with a more cost-effective treatment for end-stage organ failure and reduces exposure to significant post-transplant complication costs and extended hospital stays.

Our OCS products and NOP services are reimbursed in the United States through existing, standard commercial transplant billing mechanisms. The Medicare program and private payors had been providing reimbursement for the OCS Lung, OCS Heart and OCS Liver during the U.S. pivotal trials and have continued providing reimbursement for our products and services following FDA approval. We are in the process of seeking long-term reimbursement for our products outside of the United States.

Our corporate headquarters, manufacturing and clinical training facilities are located in Andover, Massachusetts. We also have a geographically distributed team in the United States supporting our National OCS Program. We have additional distribution and commercial operations in Europe. As of December 31, 2022, we employed 212 people globally, most of whom were full-time employees. We generated $93.5 million, $30.3 million and $25.6 million of total revenue during the years ended December 31, 2022, 2021 and 2020, respectively, representing year-over-year growth of 208.8% and 18.0% in 2022 and 2021, respectively. Our business model is characterized by a high level of recurring revenue, which is derived primarily from sales of our single-use, organ-specific disposable sets that are required for each transplant using the OCS and services provided to transplant centers by our NOP.

**Our Competitive Strengths**

We believe the continued growth of our company will be driven by the following competitive strengths:

- **Only FDA approved, portable, multi-organ, warm perfusion platform**
  Our Organ Care System is the only FDA approved portable, multi-organ, warm perfusion device on the market. Portability is a critical aspect in reducing the ischemic injury to the organ before transplantation, thereby reducing post-transplant complications and allowing the utilization of more organs for transplant. The multi-organ platform allows for the standardization of use across transplant programs.

- **National OCS Program**
  Our National OCS Program was developed to provide a more efficient process to procure donor organs with the OCS. As we expect the number of transplants to increase and the retrieval distance to extend, we believe the field will need alternatives to the current model in which the recipient transplant center sends its team to the donor site for retrieval. Our National OCS Program provides a turnkey solution that leverages the technical advantage of the OCS and provides transplant centers with a more efficient way to increase their volume of transplants without significantly increasing resources.

- **Significant body of strong clinical evidence**
  In order to receive FDA approval for our PMA products, we have conducted a very large number of clinical trials with very large numbers of patient participants, with the results of these trials published in leading medical journals. We have also initiated post-market registries for all of our products and plan to continue to provide the scientific results of these registries to the clinical user community.

- **Strong relationship with the clinical transplant community**
  The transplant community is highly concentrated in the leading academic medical centers around the world. We have developed strong clinical relationships with many of these centers through their participation in our clinical trials. In addition, many transplant surgeons at our clinical trial locations may have moved to new centers, bringing their OCS experience with them and allowing our relationships to grow to these new centers.

- **Expertise in transplant reimbursement and billing**
  The OCS has been reimbursed by the Centers for Medicare & Medicaid Services, or CMS, and private insurers during our clinical trials and continues to be reimbursed in the commercial setting. Since our customers have been billing for reimbursement for many years, we have developed a high degree of expertise in the area of transplant reimbursement and appropriate billing of insurers. We provide advice and best practices to our customers in compliance with laws and regulations.

4

- provide adequate training to potential users of our products;

- receive adequate coverage and reimbursement for procedures performed with our products; and

- develop an effective commercialization effort.

If we are not successful in expanding our indications and developing the next generation of our products, our ability to increase our revenue may be impaired, which could materially and adversely affect our business, financial condition, operating results, cash flows and prospects.

*We have limited experience in directly marketing and selling our products, and if we are unable to successfully expand our sales infrastructure and adequately address our customers' needs, it could negatively impact sales and market acceptance of our products and we may never generate sufficient revenue to achieve or sustain profitability.*

We have limited experience in directly marketing and selling our products in the United States. Our operating results are dependent upon our sales and marketing efforts. If we fail to adequately promote and market our products, our sales may not grow or could significantly decrease.

We believe it is necessary to utilize a sales force that incorporates a specialized group consisting of sales representatives and clinical specialists who have experience with products to support our customers' needs. Competition for sales representatives and marketing employees is intense and we may be unable to attract and retain sufficient personnel to maintain an effective sales and marketing force. If we are unable to adequately address our customers' needs, it could negatively impact sales and market acceptance of our products, and we may not generate sufficient revenue to achieve or sustain profitability.

Our future success will depend largely on our ability to continue to hire, train, retain and motivate skilled surgeons, sales representatives and clinical specialists, and ensuring our sales program offerings satisfy the needs of our customers. New hires require training and take time to achieve full productivity. If we fail to train new hires adequately, if we experience high turnover in our sales force in the future, or if our sales program offerings do not satisfy the needs of our customers, new hires may not become as productive as may be necessary to maintain or increase our sales.

*We depend on a limited number of customers for a significant portion of our revenue and the loss of, or a significant shortfall in demand from, these customers could have a material adverse effect on our financial condition and operating results.*

We generate a significant amount of our revenue from a limited number of customers. For the year ended December 31, 2022, the Mayo Clinic Hospital - Phoenix accounted for 14% of our revenue. However, this customer or any of our other customers may not continue to utilize our products at current levels, pricing, or at all, and our revenue could fluctuate significantly due to changes in economic conditions, the use of other methods for organ preservation, such as cold storage, or the loss of, reduction of business with, or less favorable terms with any of our largest customers. Our future success will depend upon the timing and volume of business from our largest customers and the financial and operational success of these customers. If we were to lose one of our key customers or have a key customer significantly reduce its volume of business with us, our revenue may be materially reduced, which would materially and adversely affect our business, financial condition, operating results, cash flows and prospects.

Revenue from customers who participated in our National OCS Program accounted for approximately 89% of total revenue from customers in the United States for the year ended December 31, 2022. Our success will depend on our ability to maintain the function and efficiency, while increasing capacity and capability, of our National OCS Program. If we are unable to deliver OCS products to customers through their participation in the National OCS Program, our revenue may be materially reduced, which would materially and adversely effect our business, financial condition, operating results, cash flows and prospects.

*We depend on single-source suppliers and, in a few cases, sole-source suppliers for many of the components used in the OCS.*

We rely on single-source suppliers and, in a few cases, sole-source suppliers for many of the components used in the OCS. For example, each of Fresenius Kabi Austria GmbH and Fresenius Kabi AB, which we refer to collectively as Fresenius, is our single-source supplier of OCS Solutions for the OCS Lung and the OCS Heart, respectively. While we have manufacturing and supply agreements with certain of our suppliers, for most of our suppliers, we place purchase orders on an

32

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized**.**

Company Name

Date: February 27, 2023                                                                         By:                        /s/ Stephen Gordon
                                                                                                                               **Stephen Gordon**
                                                                                                                               **Chief Financial Officer, Treasurer and Secretary**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this Report has been signed below by the following persons on behalf of the Registrant in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Waleed H. Hassanein, M.D.<br>**Waleed H. Hassanein** | President, Chief Executive Officer, Director | February 27, 2023 |
| /s/ Stephen Gordon<br>**Stephen Gordon** | Chief Financial Officer, Treasurer and Secretary | February 27, 2023 |
| /s/ James R. Tobin<br>**James R. Tobin** | Chairman of the Board of Directors | February 27, 2023 |
| /s/ Edward M. Basile<br>**Edward M. Basile** | Director | February 27, 2023 |
| /s/ Thomas J. Gunderson<br>**Thomas J. Gunderson** | Director | February 27, 2023 |
| /s/ Edwin M. Kania, Jr.<br>**Edwin M. Kania, Jr.** | Director | February 27, 2023 |
| /s/ David Weill, M.D.<br>**David Weill, M.D.** | Director | February 27, 2023 |
| /s/ Merilee Raines<br>**Merilee Raines** | Director | February 27, 2023 |