# EXHIBIT 10

**PAUL A. GOSAR, D.D.S.**
**NINTH DISTRICT, ARIZONA**

2057 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-2315

1300 SOUTH LITCHFIELD ROAD, SUITE 115-H
GOODYEAR, ARIZONA 85338
(623) 707-0530

**WWW.GOSAR.HOUSE.GOV**



**Congress of the United States**

**House of Representatives**

**Washington, DC 20515**

**COMMITTEE ON NATURAL RESOURCES**
**SUBCOMMITTEES**
CHAIRMAN, OVERSIGHT AND INVESTIGATIONS
ENERGY AND MINERAL RESOURCES

**COMMITTEE ON**
**OVERSIGHT AND ACCOUNTABILITY**
**SUBCOMMITTEES**
HEALTH CARE AND FINANCIAL SERVICES
NATIONAL SECURITY, THE BORDER AND
FOREIGN AFFAIRS

February 21, 2024

Dr. Waleed Hassanein
Chief Executive Officer
TransMedics, Inc.
200 Minuteman Road STE 302
Andover, MA 01810

Dear Dr. Hassanein,

As a member of the United States Congress serving on the House Committee on Oversight and Accountability, I am writing to you regarding anti-competitive business practices deployed by TransMedics. Furthermore, as a doctor who served patients for a vast majority of my career, I have questions about lifesaving technology being held hostage by a major corporation.

TransMedics Organ Care System (OCS) was technology that emerged in trial processes in 2013 through 2021. The business model for transplant centers during this period was more traditional. Transplant centers could purchase the OCS for approximately $30,000, their medical teams trained by TransMedics for proper use, and purchase the one-time use cassette(s) as required for cases at a cost of $7,000. Approximately 10 major transplant centers participated in the multi-year trial and analysis. The Food and Drug Adminstration (FDA) approval was finally achieved in September 2021 and considered a landmark event to significantly expand the pool of eligible hearts, livers, and lungs in the United States.

Once FDA approval was achieved, TransMedics began to change the entirety of its business model. Transplant centers that participated in the trial and previously purchased the equipment were then mandated by TransMedics to utilize the OCS no less than three to five times per month, or centers were forced to return the OCS machine without reimbursement of their upfront purchase capital. TransMedics informed these initial centers that if volumes were not maintained, they would not offer more cassettes for purchase. Almost immediately, the cost of the one-time, disposable cassette utilized to encompass the organ during transportation and perfusion increased from the initial $7,000 to greater than $60,000 per disposable cassette. Additionally, transplant centers would no longer receive training for their medical teams to utilize the device at their discretion. Instead, TransMedics created its own team of individuals as the sole source for any initiation of the OCS device and labeled this the National OCS Program, or NOP. Transplant centers could no longer purchase the medical device, rather lease the device and request the necessary TransMedics personnel for any OCS heart, liver, or lung organ recovery. Costs for TransMedics surgical recovery are approximately $20,000 per request.

Page 1 of 3

Given the very short time a human organ can remain viable in transport, transplant centers have long relied on private air transportation to ensure that organs make it to their recipients in time.  Historically, transplant centers have sourced their own air transport, typically utilizing well-maintained, but "no-frills," older model aircraft based near their hospital.  This enabled hospitals to minimize aircraft repositioning and keep transportation costs low. Recently, TransMedics has made significant investments in new model aircraft similar to the types utilized by luxury air charter companies, such as NetJets. In addition to the significantly increased costs borne by transplant centers to utilize the device itself, TransMedics is pressuring hospitals to utilize their more expensive aircraft, not only for transportation of organs, but also for the convenient movement of their staff and equipment.  In some cases, TransMedics has been reported to hold its device hostage, withholding access to their lifesaving technology unless hospitals agree to utilize TransMedics aviation's costly planes. Protests related to the significantly increased costs are often met by the same response from TransMedics: "not to worry, the American taxpayer will foot the bill through Medicare."  In fact, on your recent Q3 earnings call, when pressed about the ability of hospitals to absorb the significantly increased costs associated with TransMedics OCS and TransMedics aviation you stated: "This is a fact of organ transplant, all aviation and logistics costs are fully reimbursed...*there is no limit*" (emphasis added).

What began as a promising medical equipment innovation and an opportunity to increase transplantation nationwide, is now being held hostage by a public company that has lost its true north. TransMedics is more driven by revenue generation, and continuous forced bundling of services than it is by the opportunity to decrease the patient transplant waitlist.

Transplant center administrators and surgeons are now forced to weigh the fiscal responsibilities of the hundreds of thousands in increased transplant costs versus a simple decision to use the best available technology to support the organ care and ultimately patient outcomes. TransMedics is not a collaborative partner in transplantation as administrators continue to push back against its coercive tactics. It seems that TransMedics is more dedicated to driving its profits at the unfortunate expense of the United States taxpayers and patients who need services the most.

To assist my oversight efforts as a member of the United States House of Representatives, please provide written responses to the following questions as soon as possible, but no later than February 26th, 2024:

1. Although it is well understood that the use of private aircraft is necessary to ensure that human organs reach their recipient in time, my staff has received allegations that TransMedics uses private aircraft for convenient transportation of their staff and equipment, where no such urgency exists. Has TransMedics ever use private aircraft to transport staff and equipment without the purpose of transporting organs?

2. Please submit flight records for the past six months, specifying who was on each flight and their role for the company.

3. It has come to my attention that many transplant centers are uncomfortable asking Medicare for reimbursement due to the increased costs associated with use of the TransMedics NOP, and the significantly more expensive aircraft deployed by TransMedics Aviation. At a recent investor conference, you noted these transplant centers were

misguided in their attempts to save money for their hospitals and taxpayers, stating, in part: "we don't have a reimbursement issue, it's an educational responsibility for our commercial team to bring transplant administrators up to the level of knowledge they need to understand that all of the NOP charges are fully reimbursed, and just walk them through the process." Please provide all materials TransMedics provides transplant centers to "walk them through the process," including how to maximize reimbursements through Medicare.

4.  We understand that TransMedics has made significant investments in new model aircraft and has placed pressure on their hospital customers to utilize their aircraft, despite protests from hospitals that TransMedics Aviation carries significantly higher costs than their current providers. Some transplant centers have reported being pressured to use TransMedics' captive aircraft, at nearly double the cost, or risk losing access to TransMedics' life saving device.  Has TransMedics ever denied a transplant center access to your life saving devices unless they use TransMedics' aircraft and pilots?

Sincerely,

Paul A. Gosar, D.D.S.
Member of Congress
9th Congressional District, Arizona