# EXHIBIT 11

Equity Research
**Healthcare | Healthcare Services**

*William Blair*

December 2, 2024

**Ryan Daniels, CFA** +1 312 364 8418
rdaniels@williamblair.com

**Jack Senft** +1 312 801 7835
jsenft@williamblair.com

# TransMedics Group, Inc.

## Ahead of Investor Day, Company Announces New CFO and Modestly Narrows 2024 Guidance Range

### Summary
After the markets closed on Monday, December 2, TransMedics announced Gerardo Hernandez as its new chief financial officer, effective today and succeeding Stephen Gordon. Gordon will remain onboard as a non-executive employee of the company until March 31, 2025, and will then transition into a senior advisory role focusing on "national transplant stakeholder engagement" until March 31, 2026.

Furthermore, management narrowed its 2024 sales outlook, now calling for total revenue of $428 million to $432 million, tightened from the prior range of $425 million to $445 million, and in line with the Street's $431.9 million target. This updated outlook equates to growth of about 77% to 79%, although this is a reduction of $5 million at the midpoint.

### Our Take
The CFO transition comes as a bit of a surprise to us, although we believe the organization is setting up this transition to be quite smooth, noting that Gordon will stay on with the company until 2025, and thereafter serve in an advisory capacity into early 2026. In our view, the timing of this announcement was most likely so that all three executive members (CEO Waleed Hassanein, new CFO Gerardo Hernandez, and Gordon) could all participate in upcoming investor conferences—including one tomorrow—as well as the investor day next week.

We view the appointment of Hernandez as a positive development for TransMedics, as he is coming on board with a significant amount of industry experience. Specifically, Hernandez is joining the company with more than 25 years of experience across the healthcare and consumer packaged goods sectors, where he most recently served as VP of finance, head of corporate financial planning and analysis at Alnylam Pharmaceuticals, with past experience at Shire (eventually acquired by Takeda) and Unilever.

During our conversation with management, the team emphasized that the appointment is to help the company during its next wave of growth, with Hernandez focusing on operational excellence and margin improvements, while Gordon continues to assist in more strategic functions with the organization.

On the financial revision, we believe this should not come as much of a surprise to investors, as consensus was already largely in line with the new outlook (Street targeting $431.9 million). Still, at the midpoint of the new full-year range, implied fourth-quarter guidance is roughly $110 million, which is a touch below the Street's $112 million target.

TransMedics is the leading provider of organ care systems for end-stage organ failure patients across multiple disease states. The company's proprietary organ care system and National OCS Program provide a first-of-its-kind services model that manages all aspects of the procurement, care, technology, and logistical elements related to organ supply for leading transplant programs.

**Please refer to important disclosures on pages 4 – 5. Analyst certification is on page 4.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Symbol: | | TMDX (NASDAQ) | |
| Price: | | $85.14 (52-Wk.: $69-$177) | |
| Market Value (M): | | $2,910 | |
| Dividend/Yield: | | $0.00/0.00% | |
| Fiscal Year End: | | December | |

| | | 2024E | 2025E | 2026E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $96.8 | $126.3 | $153.9 |
| | Q2 | $114.3 | $136.2 | $167.1 |
| | Q3 | $108.8 | $136.6 | $168.5 |
| | Q4 | $109.2 | $140.0 | $175.8 |
| | FY | $429.2 | $539.1 | $665.3 |
| EBITDA (M) Adj. | Q1 | $19.3 | $19.8 | $29.3 |
| | Q2 | $20.2 | $23.7 | $34.8 |
| | Q3 | $11.5 | $23.4 | $29.7 |
| | Q4 | $16.0 | $25.3 | $33.7 |
| | FY | $67.0 | $92.2 | $127.5 |
| EPS Adj. | Q1 | $0.35 | $0.34 | $0.56 |
| | Q2 | $0.35 | $0.43 | $0.69 |
| | Q3 | $0.12 | $0.42 | $0.55 |
| | Q4 | $0.21 | $0.47 | $0.65 |
| | FY | $1.04 | $1.66 | $2.44 |
| **Valuation** | | | | |
| EV/Sales | | 15.3x | 12.2x | 9.9x |
| EV/EBITDA | | 98.3x | 71.4x | 51.6x |
| FY P/E | | 81.6x | 51.4x | 34.9x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 33.6 |
| Float (M): | 32.4 |
| Avg. Daily Volume (90-day): | 1,414,120 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $6.25 |
| Return on Equity (TTM): | 19.4% |
| Enterprise Value (M): | $6,581 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

This report is intended for laine@gilmartinir.com. Unauthorized distribution prohibited.

William Blair

Our conversations with management also revealed that the company will not provide an initial 2025 guidance outlook at its investor day next week and will rather wait until the fourth-quarter earnings release to do so. However, we did get the impression that management was largely comfortable with the consensus outlook for the upcoming year; here, consensus estimates point toward total revenue of $541 million in 2025, or growth of about 25%. Management also reiterated that the company's pricing and market share both remained stable during the current quarter.

**Stock thoughts**
Based on after-hours trading (at $78) TMDX shares trade at about 5.5 times our 2025 revenue forecast. While share value has come down in recent quarters, we remain encouraged by the company's solid long-term organic growth outlook, unique competitive position, large total addressable market, and strong profit characteristics.

**Risks**
In our opinion, key risks include: 1) the inability to convert additional transplant centers to the National Organ Care System Program (NOP); 2) reimbursement challenges in new and/or existing markets; 3) novel competitive entry; and 4) management's ability to manage continued growth and operational complexities as it broadens TransMedics' offering beyond organ preservation to a full organ supply management and logistics organization.

For a more detailed version of our financial model, please contact your William Blair representative.

## William Blair

**TransMedics Group, Inc. (TMDX)**
Operating Results Summary & Financial Analysis

Rating: Outperform

*Fiscal year ends December*
*$ in millions, except per-share items*

| | Q1'23 Actual | Q2'23 Actual | Q3'23 Actual | Q4'23 Actual | Q1'24 Actual | Q2'24 Actual | Q3'24 Actual | Q4'24 Forecast | 2023 Actual | 2024 Forecast | 2025 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | |
| **Total revenues** | **$41.6** | **$52.5** | **$66.4** | **$81.2** | **$96.9** | **$114.3** | **$108.8** | **$109.2** | **$241.6** | **$429.2** | **$539.1** |
| *% growth* | *161.7%* | *155.7%* | *158.7%* | *158.7%* | *84.6%* | *72.1%* | *34.0%* | *NA* | *158.5%* | *77.6%* | *25.6%* |
| Total cost of revenue | 12.8 | 15.7 | 25.8 | 33.3 | 36.9 | 45.0 | 47.9 | 43.2 | 87.5 | 173.1 | 207.9 |
| **Gross Profit** | **$28.8** | **$36.7** | **$40.7** | **$47.9** | **$60.0** | **$69.3** | **$60.8** | **$66.0** | **$154.1** | **$256.1** | **$331.3** |
| *% margin* | *69.2%* | *70.0%* | *61.2%* | *59.0%* | *61.9%* | *60.6%* | *55.9%* | *60.4%* | *63.8%* | *59.7%* | *61.4%* |
| **Operating expenses:** | | | | | | | | | | | |
| Research and development | $5.9 | $8.3 | $38.3 | $10.8 | $11.4 | $13.9 | $14.3 | $15.3 | $63.3 | $54.8 | $75.8 |
| Selling, general and administrative | 25.0 | 29.4 | 30.7 | 34.6 | 36.2 | 42.9 | 42.7 | 42.5 | 119.6 | 164.2 | 189.8 |
| Total operating expenses | $30.9 | $37.6 | $69.0 | $45.3 | $47.5 | $56.8 | $56.9 | $57.8 | $182.8 | $219.0 | $265.7 |
| *% margin* | *74.3%* | *71.8%* | *103.9%* | *55.8%* | *49.1%* | *49.7%* | *52.3%* | *52.9%* | *75.7%* | *51.0%* | *49.3%* |
| Income (loss) from operations | ($2.1) | ($0.9) | ($28.3) | $2.6 | $12.4 | $12.5 | $3.9 | $8.2 | ($28.7) | $37.1 | $65.6 |
| *% margin* | *(5.0%)* | *(1.7%)* | *(42.7%)* | *3.2%* | *12.8%* | *10.9%* | *3.6%* | *7.5%* | *(11.9%)* | *8.6%* | *12.2%* |
| Total other income (expense) | (0.5) | (0.1) | 1.4 | 1.3 | (0.0) | (0.4) | 0.3 | (0.5) | 2.1 | (0.6) | (1.9) |
| Provision for income taxes (benefit) | 0.0 | 0.0 | 1.5 | (0.2) | 0.2 | (0.0) | 0.0 | 0.5 | 1.4 | 0.7 | 7.0 |
| **Net income (loss)** | **($2.6)** | **($1.0)** | **($25.4)** | **$4.0** | **$12.2** | **$12.2** | **$4.2** | **$7.1** | **($28.0)** | **$35.8** | **$56.7** |
| *% margin* | *(6.3%)* | *(1.9%)* | *(38.3%)* | *5.0%* | *12.6%* | *10.7%* | *3.9%* | *6.5%* | *(11.6%)* | *8.3%* | *10.5%* |
| Shares outstanding (diluted) | 32.3 | 32.5 | 32.6 | 34.2 | 34.7 | 35.3 | 35.7 | 34.3 | 34.2 | 34.3 | 34.2 |
| **Earnings per share (EPS)** | **($0.08)** | **($0.03)** | **($0.78)** | **$0.12** | **$0.35** | **$0.35** | **$0.12** | **$0.21** | **($0.82)** | **$1.04** | **$1.66** |
| *% growth* | *(78.4%)* | *(92.5%)* | *290.9%* | *(156.2%)* | *(1243.5%)* | *(144.3%)* | *0.2%* | *NA* | *(30.4%)* | *(227.1%)* | *58.7%* |
| **Adjusted EBITDA** | **$1.8** | **$4.1** | **($20.1)** | **$8.3** | **$19.3** | **$20.2** | **$11.5** | **$16.0** | **($8.9)** | **$67.0** | **$92.2** |
| *% margin* | *4.4%* | *7.7%* | *(30.3%)* | *10.3%* | *19.9%* | *17.6%* | *10.6%* | *14.7%* | *(3.7%)* | *15.6%* | *17.1%* |
| **Balance Sheet and Cash Flow** | | | | | | | | | | | |
| Net working capital (less cash) | $ 37.7 | $ 48.4 | $ 60.5 | $ 60.9 | $ 87.9 | $ 92.5 | $ 102.3 | $ 88.9 | $ 60.9 | $ 88.9 | $ 122.1 |
| Net debt | (136.6) | (77.5) | 78.3 | 111.4 | 156.7 | 145.0 | 178.4 | 168.1 | 111.4 | 170.7 | 211.0 |
| Total Stockholder's Equity | 192.6 | 145.2 | 126.5 | 137.2 | 159.5 | 189.9 | 209.9 | 224.9 | 137.2 | 224.9 | 308.1 |
| Total capital | $ 56.1 | $ 67.7 | $ 204.8 | $ 248.6 | $ 316.2 | $ 334.9 | $ 388.4 | $ 393.0 | $ 248.6 | $ 395.5 | $ 519.1 |
| Selected measures | | | | | | | | | | | |
| Net debt / total capital | (2.4x) | (1.1x) | 0.4x | 0.4x | 0.5x | 0.4x | 0.5x | 0.4x | 0.4x | 0.4x | 0.4x |
| Stockholders equity / total capital | 3.4x | 2.1x | 0.6x | 0.6x | 0.5x | 0.6x | 0.5x | 0.6x | 0.6x | 0.6x | 0.6x |
| Leverage ratio (net debt / equity) | (0.7x) | (0.5x) | 0.6x | 0.8x | 1.0x | 0.8x | 0.9x | 0.7x | 0.8x | 0.8x | 0.7x |
| Current ratio | 9.1x | 20.7x | 10.9x | 9.3x | 9.7x | 9.4x | 8.2x | 8.6x | 9.3x | 8.6x | 7.2x |
| Book value per share | $ 5.97 | $ 4.46 | $ 3.88 | $ 4.01 | $ 4.60 | $ 5.38 | $ 5.88 | $ 6.56 | $ 4.01 | $ 6.56 | $ 9.00 |
| Net cash from operating activities | $ (8.7) | $ (5.8) | $ (6.8) | $ 8.3 | $ (3.4) | $ 25.7 | $ 7.0 | $ 31.7 | $ (13.0) | $ 60.9 | $ 67.5 |
| CFO per share | $ (0.27) | $ (0.18) | $ (0.21) | $ 0.24 | $ (0.10) | $ 0.73 | $ 0.19 | $ 0.92 | $ (0.38) | $ 1.78 | $ 1.97 |
| Free cash flow (Operating Cash flow - CAPEX) | $ (9.6) | $ (7.2) | $ (156.6) | $ (33.6) | $ (47.6) | $ 2.0 | $ (40.8) | $ 9.8 | $ (207.0) | $ (76.6) | $ (40.3) |
| FCF per share | $ (0.30) | $ (0.22) | $ (4.80) | $ (0.98) | $ (1.37) | $ 0.06 | $ (1.14) | $ 0.29 | $ (6.06) | $ (2.24) | $ (1.18) |
| *as a % of adjusted EBITDA* | *(523.4%)* | *(177.3%)* | *778.0%* | *(403.1%)* | *(246.8%)* | *9.7%* | *(354.1%)* | *61.3%* | *2316.2%* | *(114.4%)* | *(43.8%)* |

Ryan S. Daniels, CFA ▪ (312) 364-8418 ▪ rdaniels@williamblair.com

Please consult **Important Disclosures** at the below link:
https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=TMDX

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of TransMedics Group, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from TransMedics Group, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of TransMedics Group, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Ryan Daniels attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 44722.10
S&P 500: 5998.74
NASDAQ: 19060.50

TransMedics Group, Inc. Rating History as of 11/29/2024
powered by: BlueMatrix



OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of December 2, 2024):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 72 | Outperform (Buy) | 10 |
| Market Perform (Hold) | 28 | Market Perform (Hold) | 0 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been taken from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate. This report or any portion hereof may not be copied, reprinted, sold, or redistributed or disclosed by the recipient to any third party, by content scraping or extraction, automated processing, or any other form or means, without the prior written consent of William Blair. Any unauthorized use is prohibited.

If the recipient received this research report pursuant to terms of service for, or a contract with William Blair for, the provision of research services for a separate fee, and in connection with the delivery of such research services we may be deemed to be acting as an investment adviser, then such investment adviser status relates, if at all, only to the recipient with whom we have contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing). If such recipient uses these research services in connection with the sale or purchase of a security referred to herein, William Blair may act as principal for our own account or as riskless principal or agent for another party. William Blair is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

For important disclosures, please visit our website at williamblair.com.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2024, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Phillip Blee, CPA   +1 312 801 7874**
*Home and Outdoor, Automotive Parts and Services, Discount and Convenience*

**Dylan Carden   +1 312 801 7857**
*E-commerce, Specialty Retail*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer   +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney, Partner   +1 312 364 8123**
*Sustainability Services*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Andrew W. Jeffrey, CFA   +1 415 796 6896**
*Fintech*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Fintech, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Wealthtech, Wealth Management, Capital Markets Technology*

## GLOBAL SERVICES

**Tim Mulrooney, Partner   +1 312 364 8123**
Group Head–Global Services
*Commercial and Residential Services*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

**Trevor Romeo, CFA   +1 312 801 7854**
*Staffing, Waste and Recycling*

## HEALTHCARE

### Biotechnology

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Lachlan Hanbury-Brown   +1 312 364 8125**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Sarah Schram, Ph.D.   +1 312 364 5464**

**Scott Hansen   Associate Director of Research   +1 212 245 6526**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor Andrew, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez, CFA   +1 212 237 2776**
*Dental, Animal Health,* Medical Technology

### Life Sciences

**Matt Larew, Partner   +1 312 801 7795**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA   +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## INDUSTRIALS

**Brian Drab, CFA, Partner   +1 312 364 8280**
Co-Group Head–Industrials
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
Co-Group Head–Industrials
*Building Products, Specialty Distribution*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace and Defense, Smart Cities*

**Ross Sparenblek   +1 312 364 8361**
*Diversified Industrials, Robotics, and Automation*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, Partner   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software*

**Dylan Becker, CFA   +1 312 364 8938**
*Software*

**Louie DiPalma, CFA   +1 312 364 5437**
*Government Technology*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Jake Roberge   +1 312 364 8056**
*Software*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**

**Audrey Majors, Editor and SA   +1 312 364 8992**

**Beth Pekol Porto, Editor and SA   +1 312 364 8924**

**Lisa Zurcher, Editor and SA   +44 20 7868 4549**