# EXHIBIT 12

**January 10, 2025 | Investigative report by Scorpion Capital | www.scorpioncapital.com**

# TRANSMEDICS GROUP INC (NASDAQ: TMDX)

**Walk Like An Egyptian: A "Mafia-Style" Extortion, Racketeering, And Organ Trafficking Scheme Masquerading As A Medical Device Company – Fueled By Kickbacks, Billing Fraud, Unreported Device Failures, And Off-Label Misuse On A Vast Scale; Precipitating A Customer Exodus And Rapidly Unfolding Death Spiral. Target Price: $0.**

We are shortly filing a Citizen Petition with the FDA requesting suspension of PMA (Premarket Approval) of TransMedics Organ Care System (OCS), in conjunction with a public letter to members of Congress probing abuses in the US organ transplant system. Transplant surgeons, hospital administrators, OPO's, or others wishing to submit FDA comments in support of the Petition may email us at contact@scorpioncapital.com or anonymously via the contact form on our site.

***DISCLOSURES - THIS REPORT REPRESENTS THE CURRENT OPINIONS OF SCORPION CAPITAL LLC CONCERNING TRANSMEDICS GROUP INC. (STOCK TICKER: TMDX). Scorpion Capital LLC is short TransMedics Group Inc. ("TMDX")*** *(possibly along with or through its principals, members, partners, affiliates, employees, consultants, clients, investors, and/or related party entities or vehicles) and therefore stands to realize significant gains in the event that the price of its stock, bonds, options, and/or other securities decline or change. Although Scorpion Capital LLC does not expect to announce in the future any changes to its opinion concerning TMDX, that is subject to change at any time. Following publication of this report, Scorpion Capital LLC (and/or its principals, members, partners, affiliates, employees, consultants, clients, investors, and/or related party entities or vehicles) intends to continue transacting in TMDX's stock, and may cover its short position and/or be long, short, or neutral at any time hereafter regardless of the views stated herein, without regard to, and at prices that may diverge significantly from, any target price. This report is for informational purposes only and does not constitute investment advice or a recommendation to purchase or sell any particular security or to pursue any particular investment or trading strategy. You agree that your use of Scorpion Capital LLC's research is at your own risk. You further agree to do your own research and due diligence before making any investment decision with respect to securities covered herein. You represent to Scorpion Capital LLC that you have sufficient investment sophistication to critically assess the information, analysis and opinions in this report. Prior to making any investment, you should consult with professional financial, legal and tax advisors to assist in due diligence as may be appropriate and determine the appropriateness of the risk associated with a particular investment. Scorpion Capital LLC cannot guarantee that any projection or opinion expressed in this report will be realized. Our opinions are held in good faith, and Scorpion Capital LLC has based them on the public information, sources, the interviewed individuals, and any social media posts cited in this report, but Scorpion Capital LLC cannot and does not provide any representations or warranties with respect to the accuracy of those materials. In no event shall Scorpion Capital LLC or any of its affiliates be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information in this report. We believe the experts we spoke with are reliable sources of information with respect to TMDX. However, we cannot and do not provide any representations or warranties with respect to the accuracy of the information they have provided to us. The quotations of experts used in this article do not reflect all information they have shared with us, including, without limitation, certain positive comments and experiences with respect to TMDX. In addition, the experts have typically received compensation for their conversations with us and may have conflicts of interest or other biases with respect to TMDX, which may give them an incentive to provide us with inaccurate, incomplete or otherwise prejudiced information. The former employees of TMDX that we spoke with are by definition separated from the company and thus the information they have provided may be outdated. All experts agreed, both in writing and orally, to not provide any material non-public information or any information that they are obligated to keep confidential, and that their service as a consultant or their participation in our research calls does not violate any confidentiality agreement or other obligation they have with their employer or any person or entity. The quotations of experts used in this article are based on Scorpion Capital LLC conversations with such experts and may be paraphrased, truncated, and/or summarized solely at our discretion, and do not always represent a precise transcript of those conversations. We have not conducted any diligence or other verification with respect to any social media posts included in this article with respect to TMDX. Thus, we cannot and do not provide any representations or warranties with respect to the accuracy of such social media posts. Any social media posts used in this article may not reflect all information the persons posting have shared on social media, including, without limitation, certain positive comments and experiences with respect to TMDX. In addition, the persons posting may have conflicts of interest or other biases with respect to TMDX, which may give them an incentive to post inaccurate, incomplete or otherwise prejudiced information on social media. Our target price represents our opinion of the intrinsic value of the company's shares, which may diverge significantly from their quoted market value; and we may may cover our short position and/or be long, short, or neutral at any time, at market prices significantly different than our target price.*

*.*