**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

| | |
|---|---|
| In re TRANSMEDICS GROUP, INC. SECURITIES LITIGATION | Master Case No. 1:25-cv-10385-LTS |
| This Document Relates to:<br><br>ALL ACTIONS | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**ATTORNEY QUINN BESSETTE**

Pursuant to Local Rule 85.5.3, of the United States District Court for the District of Massachusetts, the undersigned counsel, Amanda F. Lawrence, of Scott+Scott Attorneys at Law LLP, hereby moves the Court to enter an Order granting leave to Quinn Bessette to appear on behalf of Lead Plaintiffs Peace Officers' Annuity and Benefit Fund of Georgia and Oguzhan Altun, and practice before this court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Quinn Bessette is a member in good standing of the bar of the State of Illinois.

2. There are no disciplinary proceedings against Quinn Bessette as a member of the bar of any jurisdiction.

3. Quinn Bessette has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts and that he agrees to comply with the same.

4. Quinn Bessette has not previously had a *pro hac vice* admission to this Court or other admission for a limited purpose under this rule revoked for misconduct.

5. Quinn Bessette has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rules.

Date: August 27, 2026

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/*s*/ Amanda F. Lawrence
Amanda F. Lawrence (BBO# 568737)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
alawrence@scott-scott.com

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on the as non-registered participants on August 27, 2026.

/*s*/ Amanda F. Lawrence
Amanda F. Lawrence (BBO# 568737)