**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

| | |
|---|---|
| In re TRANSMEDICS GROUP, INC. SECURITIES LITIGATION | Master Case No. 1:25-cv-10385-LTS |
| This Document Relates to:<br><br>ALL ACTIONS | |

**CERTIFICATION FOR ADMISSION *PRO HAC VICE***
**PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 85.5.3, of the United States District Court for the District of Massachusetts, I, Quinn Bessette, hereby certify that:

1. I am an attorney at the law firm of Scott + Scott Attorneys at Law LLP, 156 South Main Street, Colchester, CT 06415.

2. I am a member in good standing of the bar of the State of Illinois.

3. There are no prior or pending disciplinary proceedings against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I have not previously had a pro hac vice admission to this court or other admission for a limited purpose under this rule revoked for misconduct.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with said rules.

Date: August 27, 2026

Respectfully submitted,
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/*s*/ Quinn Bessette
Quinn Bessette (Bar No. 6352545)
156 South Main Street
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
qbessette@scott-scott.com

*Counsel for Lead Plaintiffs*